FILED

2012 AUG 28  PM 3: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2,

Plaintiff,

v.

MARGARET K. PENNINGTON, et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV 12-1345 UA

(~~PROPOSED~~)

ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION

The Court will remand this unlawful detainer action to state court summarily because it was improperly removed.

On August 13, 2012, Removing Defendant Margaret K. Pennington lodged a Notice of Removal which seeks removal to this Court of what appears to be a routine post-foreclosure unlawful detainer action filed in California state court ("State Complaint" or "State Action"), and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the State Action was not properly removed. To prevent the action from

1

1  remaining in jurisdictional limbo, the Court issues this Order to remand the action
2  to state court.

3      Simply stated, Plaintiff could not have brought this action in federal court in
4  the first place, in that Removing Defendant does not competently allege facts
5  supplying either diversity or federal-question jurisdiction, and therefore removal is
6  improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc.,
7  545 U.S. 546, 563, 125 S. Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete
8  diversity of citizenship exists, the amount in controversy alleged in the State
9  Complaint does not exceed the diversity-jurisdiction threshold of $75,000. See
10  28 U.S.C. §§ 1332, 1441(b). Nor does Plaintiff's unlawful detainer action raise any
11  federal legal question. See 28 U.S.C. §§ 1331, 1441(b).

12      Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
13  Superior Court of California, Riverside County, Banning Court, 135 North
14  Alessandro Road, Banning, CA 92220, for lack of subject matter jurisdiction
15  pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to
16  the state court; and (3) the Clerk serve copies of this Order on the parties.

17      IT IS SO ORDERED.

18

19  DATED: _____ 8/22/2012 _____

20

21  _____

22  HONORABLE AUDREY B. COLLINS
23  CHIEF UNITED STATES DISTRICT JUDGE

Presented by

24

25  _____ /s/ _____

26  Honorable Jacqueline Chooljian
27  UNITED STATE MAGISTRATE JUDGE

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Margaret K. Pennington
35640 Champagne Dr.
Calimesa CA 92320
909-795-1737

# ED  CV  12  -  01345



THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS CWMBS, INC.
CWMBS REPERFORMING LOAN
REMIC TRUST CERTIFICATES SERIES
2005-R2,

        Plaintiff,

vs.

MARGARET K. PENNINGTON
and DOES 1 through X, inclusive,

        Defendant.

CASE NO. BAC1200413

RECEIVED/RETURNED
CLERK, U.S. DISTRICT COURT

AUG 2 8 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

LODGED

2012 AUG 13  PM
CLERK U.S. DISTRICT
CENTRAL DIST. OF
RIVERSIDE
BY:

## NOTICE OF REMOVAL OF STATE COURT ACTION UNDER 1331 and 1441(A), (B)
## (FEDERAL QUESTION); (DIVERSITY JURISDICTION) 28 U.S.C 1332

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO
ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Margaret Katherine Pennington, Defendant, hereby
removes to this Court the action described below from the Superior Court of the State
of California, County of Riverside.

## I. BACKGROUND

1. ("Plaintiff") filed an action in the Superior Court of the State of California, County of Riverside, titled THE BANK OF NEW YORK MELLON ("Plaintiff") vs. MARGARET K. PENNINGTON; and DOES 1 through X, inclusive. MARGARET K. PENNINGTON was ("Defendant") in said case in a wrongful claim made by Plaintiff and Plaintiff's Attorney filed in Case No. BAC1200413 with the State Court and Defendant was denied her constitutional right to due process.

## II. BASIS FOR REMOVAL

2. The above-described State Court Action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331, and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. Section 1441 (a) and (b).

3. Section 1441(a) of Title 28 of the United States Code provides for the removal of any action in which the United States district courts have original jurisdiction.  Section 1441 (b) states that district courts have original jurisdiction over any civil action founded on a claim or right arising under the "laws of the United States and shall be removable without regard to citizenship or residence of the parties."

4. Plaintiff's causes of action arises under federal law because it is predicated on alleged violations of federal statutes and are dependent on the resolution of substantial and disputed federal questions.  *Marshall v. Security State Bank of Hamilton,* 121 B.R. 814 (Ill. 1990) violation of Federal Truth in Lending 15 USCS §1638(a)(9), and Regulation Z.  The bank took a security interest without disclosing the security interest.

## III. PROCEDURAL COMPLIANCE

5. Margaret Katherine Pennington and all unknown occupants were NEVER served pursuant to the rules of the court. Plantiff's Attorney is in violation of his oath of office and of Business and Professions Code 6068 (a)(c)(d)(g) & Section 7 and in violation under the Bill of Rights, Article 4,5, & 6, causing the case to be ruled upon in error and in violation of due process. A notice of removal must be filed within "thirty days after receipt by the defendant… of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. 1446(b).

6. The State Court Action was pending before the Superior Court for the State of California, County of Riverside. Because this Court is the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, it is the appropriate Court for the removal under 28 U.S.C. 1446.

7. Pursuant to 28 U.S.C. 1446(a), attached as **Exhibit A** are copies of "all process, pleadings, and orders". A copy of this notice will be served on all parties of record and will be filed with the Clerk of the Superior Court for the County of Riverside.

8. There are Federal Questions regarding civil rights violation via due process, equal protection for pro se litigants and a conspiracy to steal Defendant's interest to her home.

9. This Notice of Removal is time filed and has complied with the procedural requirements for removal.

10. ANY OF THE CO-DEFENDANTS THAT HAVE NOT JOINED ARE BASED ON THE FACT THAT CO-DEFENDANTS ARE "NOMINAL" DEFENDANT AND ARE EXCUSED FOR NON-JOINDER.

# IV. SHORT AND PLAIN STATEMENT OF GROUNDS FOR REMOVAL:

11. The right to remove a case from state to federal court is vested exclusively in ". . . the defendant or the defendants . . ." 28 U.S.C. §1441(a); 28 U.S.C. §1446(a). *See also Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 61 S.Ct. 868 (1941);

12. A Federal question is presented on the face of plaintiff's petition;

13. There is DIVERSITY JURISDICTION) 28 U.S.C 1332;

14. BANK OF NEW YORK MELLON is located at One Wall Street, New York, NY 10286; and on the face of the complaint, filed April 10, 2012, 2011, states BANK OF NEW YORK MELLON as Plaintiff.  BANK OF NEW YORK MELLON has no residency in California. Therefore, BANK OF NEW YORK MELLON is a citizen of New York;

15. Pursuant to California Rule of Court 1230(a)(2) Special appearance challenging the Court's personal jurisdiction or Order to show cause that BANK OF NEW YORK MELLON. display the burden of proof it has both subject and personal jurisdiction over real parties in interest (Real Human Beings) for the 7th amendment mention any controversy shall be governed pursuant to the rule of the Common Law, Article 3 Court Proceeding in claims over controversy of real property that exceeded over $20.00 shall be govern pursuant to the rules of Common Law.  Since the 7th Amendment doesn't apply to state court nor does state court recognize the Common Law, therefore, I, Margaret Katherine Pennington seek relief under the Jurisdiction of the United States District Court;

16. Artful Pleading Doctrine. The rule that the plaintiff is the "master of the claim" is subject to this limitation: plaintiff cannot defeat removal of a federal claim by disguising or "artfully pleading" it as a state claim. If the

only claim involved is one arising under federal law, the federal court will "recharacterize" it accordingly, in order to uphold removal. *Federated Dept. Stores, Inc. v. Moitie*, 452 U.S. 394, 101 S.Ct. 2424, fn.2, 69 L.Ed.2d 103 (1981).

## V. REMOVAL IS BASED ON A CLAIM "ARISING UNDER" FEDERAL LAW

17. FEDERAL QUESTION: Margaret Katherine Pennington causes of action arises under Federal Law because it is predicated on alleged violations of federal statutes and are dependent on the resolution of substantial and disputed federal questions. *Marshall v. Security State Bank of Hamilton*, 121 B.R. 814 (Ill. 1990) violation of Federal Truth in Lending 15 USCS §1638(a)(9), and Regulation Z. The bank took a security interest without disclosing the security interest. (15 USC 1635(b); Reg. Z-226.15(d)(2),226.23(d)(2). Timely rescission of Right To Cancel. (15 USC 1601 et seq; 12 CFR Part 226.

## VI. CONCLUSION

18. Wherefore, Margaret Katherine Pennington respectfully requests that this Court will effect the removal of this case from the Superior Court for the State of California, County of Riverside, and to effect and prepare in this Court the true record of all proceedings that may have been had in the Superior Court for the State of California, County of Riverside.

Respectfully,


DATED:  August 13, 2012


By: *Margaret Katherine Pennington*
Margaret Katherine Pennington, UCC1-308
Without Recourse, All Rights Reserved

EXHIBIT   A

Case 5:12-cv-01345-UA-OP Document 3 Filed 08/28/12 Page 10 of 96 Page ID #:115

**SUMMONS**
**(CITACIÓN JUDICIAL)**
UNLAWFUL DETAINER—EVICTION
(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

APR 10 2012

APR 11 2012



**NOTICE TO DEFENDANT:** MARGARET K. PENNINGTON
**(AVISO AL DEMANDADO):** And Does I through X, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** THE BANK OF NEW YORK
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** MELLON

**\*\*\* Additional Parties Attachment Page Attached\*\*\***

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

**CASE NUMBER:** (Número del Caso): BAC 1 2 0 0 4 1 3

1. The name and address of the court is: Superior Court of California, County of
(El nombre y dirección de la corte es): Riverside

135 North Alessandro Road, Banning, California 92220
Banning Court

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Hadi R. Seyed-Ali, Esq. Bar No. 254888       Tele: (714) 481-9100
Miles, Bauer, Bergstrom & Winters, LLP (11-36210)    Fax: (714) 481-9151    [X] did not [ ] did
1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)
for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Clerk, by _____ , Deputy
(Secretario)                (Adjunto)

Date: APR 10 2012
(Fecha)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

4. **NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

a. [ ] as an individual defendant.
b. [ ] as the person sued under the fictitious name of (specify):
c. [ ] as an occupant
d. [ ] on behalf of (specify):
   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] CCP 415.46 (occupant)              [ ] other (specify):

5. [ ] by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov
WestLaw Doc & Form Builder

PLAINTIFF (Name): THE BANK OF NEW YORK MELLON

DEFENDANT (Name): MARGARET K. PENNINGTON

CASE NUMBER:

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:


   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date)*:

SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

SHORT TITLE: THE BANK OF NEW YORK MELLON vs. PENNINGTON

CASE NUMBER: 1 2 0 0 4 1 5

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

[X] Plaintiff   [ ] Defendant   [ ] Cross-Complainant   [ ] Cross-Defendant

FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2

Page __1__ of __1__

Page 1 of 1

Westlaw Doc & Form Builder

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Hadi R. Seyed-Ali, Esq. Bar No. 254888    SBN: 254888

Pite, Duncan & Wynne, LLP (name, state bar number, and address):

1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705

TELEPHONE NO.: 714-481-9100     FAX NO.: 714-481-9151

ATTORNEY FOR (Name): PLAINTIFF

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

STREET ADDRESS: 135 North Alessandro Road

MAILING ADDRESS: 135 North Alessandro Road

CITY AND ZIP CODE: Banning, CA 92220

BRANCH NAME: Banning Court

CASE NAME: THE BANK OF NEW YORK MELLON vs. PENNINGTON

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: BAC 1 2 0 0 4 1 3 |
|---|---|---|

| [ ] Unlimited (Amount demanded exceeds $25,000) | [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: |
|---|---|---|---|
| | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [X] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [ ] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): 1
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 6, 2012

Hadi R. Seyed-Ali, Esq. Bar No. 254888
(TYPE OR PRINT NAME)

_Hadi R. Seyed-Ali, Esq._
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | |
|---|---|
| Form Adopted for Mandatory Use Judicial Council of California | CIVIL CASE COVER SHEET |

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Case 8:12-cv-00391-JVS-AN Document 1 Filed 03/13/12 Page 14 of 96 Page ID #:19

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) (*if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto*)

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability (*not asbestos or
    toxic/environmental*) (24)
Medical Malpractice (45)
    Medical Malpractice—
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) (*not civil
    harassment*) (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract (*not unlawful detainer
        or wrongful eviction*)
    Contract/Warranty Breach—Seller
        Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage (*not provisionally
    complex*) (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent
        domain, landlord/tenant, or
        foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ—Administrative Mandamus
    Writ—Mandamus on Limited Court
        Case Matter
    Writ—Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal—Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    (*arising from provisionally complex
    case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment (*non-
        domestic relations*)
    Sister State Judgment
    Administrative Agency Award
        (*not unpaid taxes*)
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
    above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non-
        harassment*)
    Mechanics Lien
    Other Commercial Complaint
        Case (*non-tort/non-complex*)
    Other Civil Complaint
        (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition (*not specified
    above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*:  SBN:  ATTORNEY FOR *(Name)*: | TELEPHONE NO.:  fax:  e-mail:  FOR COURT USE ONLY |

NAME OF COURT: Superior Court of California, County of Riverside
STREET ADDRESS: 135 North Alessandro Road
MAILING ADDRESS: 135 North Alessandro Road
CITY AND ZIP CODE: Banning, CA 92220
BRANCH NAME: Banning Court

PLAINTIFF: THE BANK OF NEW YORK MELLON

DEFENDANT: MARGARET K. PENNINGTON

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER:  BAC 1 2 0 0 4 1 3 |
|---|---|

| Complete this form only if ALL of these statements are true:  1. You are NOT named in the accompanying Summons and Complaint.  2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.  3. You still occupy the premises. | *(To be completed by the process server)*  DATE OF SERVICE:  *(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: [                    ], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the  court and pay a filing fee of  $                    or file with the court the form "Application for Waiver of Court Fees and Costs."  I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

| | | |
|---|---|---|
| CP10.5 [New January 1, 1991] | **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | Code of Civil Procedure §§ 415.46, 715.010, 715.020, 1174.25  *Westlaw Doc. & Form Builder* |

PLAINTIFF (Name): THE BANK OF ... BAC ...

DEFENDANT (Name): MARGARET R ... INGRU

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement. I have** *(check all that apply to you):*
- a. ☐ an oral rental agreement with the landlord.
- b. ☐ a written rental agreement with the landlord.
- c. ☐ an oral rental agreement with a person other than the landlord.
- d. ☐ a written rental agreement with a person other than the landlord.
- e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date: _____

▶ _____

................................................ (TYPE OR PRINT NAME)

(SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

Page two

CP10.5 [New January 1, 1991]

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

MILES, BAUER, B. GSTROM & WINTERS, LLP
Hadi R. Seyed-Ali, Esq., Bar No. 254888
1231 E. Dyer Road, Suite 100 (PENNINGTON / 11-36210)
Santa Ana, CA 92705
Phone: (714) 481-9100
Facsimile: (714) 481-9151

Attorneys for Plaintiff,
THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CWMBS, INC. CWMBS
REPERFORMING LOAN REMIC TRUST
CERTIFICATES, SERIES 2005-R2

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

BANNING COURT

OSC RE: DISMISSAL

| DATE | TIME | DEPT |
|------|------|------|
| 6-13-12 | 1:30P | B1 |

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2,<br><br>Plaintiff(s),<br><br>vs.<br><br>MARGARET K. PENNINGTON and DOES I through X, Inclusive,<br><br>Defendant. | CASE NO.: BAC 1 2 0 0 4 1 3<br><br>**COMPLAINT FOR UNLAWFUL DETAINER**<br><br>ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a<br><br>[THE DEMAND DOES NOT EXCEED $10,000]<br><br>PROPERTY ADDRESS:<br>35640 CHAMPAGNE DRIVE CALIMESA, CALIFORNIA 92320 |

Plaintiff alleges:

1. Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW

YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS

REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 ("Plaintiff"), is

at all times mentioned a Corporation authorized to do business in California and is the owner of

-1-

COMPLAINT FOR UNLAWFUL DETAINER

1 | ... subject property generally described as 35640 and entitled to immed. possession of the subject

2 | CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA 92320 ("Property").

3 | 2. Plaintiff is informed and believes that Defendant, and each of them, are now and at all

4 | times mentioned herein were resident(s) of the County of RIVERSIDE, State of California.

5 | 3. Plaintiff is unaware of the true names and capacities whether individual, corporate,

6 | associate or otherwise of the Defendants sued as Does 1 through 10, inclusive, and therefore

7 | Defendants are sued under fictitious names. When the true names and capacities of the

8 | fictitiously named Defendants have been ascertained, Plaintiff will seek leave of the Court to

9 | amend this Complaint accordingly. Plaintiff is informed and believes that the fictitiously named

10 | Defendants are responsible in some manner for the events and happenings hereinafter referred to,

11 | thereby causing Plaintiff the damages herein alleged.

12 | 4. Plaintiff is informed and believes that MARGARET K. PENNINGTON is in

13 | possession of the Property.

14 | 5. Prior to the commencement of this action, title to the subject Property was vested in

15 | the name or names of MARGARET K. PENNINGTON. MARGARET K. PENNINGTON was

16 | the original Trustor under a Deed of Trust, which secured the Property, recorded in the official

17 | records of RIVERSIDE County, California. The Deed of Trust contained a power of sale clause

18 | that allowed the Trustee to proceed with a non-judicial foreclosure upon default.

19 | 6. The Property was sold by the Trustee to Plaintiff at a Trustee's Sale. Said Trustee's

20 | Sale was held in accordance with California Civil Code §2924 et. seq.

21 | 7. The Trustee's Sale was duly perfected by recording a Trustee's Deed Upon Sale in the

22 | Office of the County Recorder of RIVERSIDE County, California. A true and correct copy of

23 | 8. the Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and incorporated

24 | herein by reference.

-2-

COMPLAINT FOR UNLAWFUL DETAINER

9. After Plain…f obtained legal title to the Property, Plaintiff caused to be served on the Defendant a Notice to Quit. The Notice to Quit gave any tenant thirty (30) or ninety (90) days in which to vacate the Property and the previous owner or any other occupant three (3) days in which to vacate the Property upon service of the Notice to Quit.

10. Service of the Notice to Quit ON MARGARET K. PENNINGTON was effected by posting a copy of the Notice to Quit on the premises on April 2, 2012, and by mailing a copy of same on April 2, 2012, because defendant could not be found on the premises. Service of the Notice to Quit on all other occupants was effected by posting a copy of the Notice to Quit on the premises on April 2, 2012, and by mailing a copy of same on April 2, 2012, because the occupants could not be found on the premises. Attached hereto as Exhibit "B" is a true and correct copy of the Notice to Quit along with copies of the Proof of Service.

11. More than three (3) days have elapsed since service of said Notice to Quit on the Defendant, but Defendant has failed and refused to deliver up possession of the Property.

12. Plaintiff demands possession of the Property from the Defendant, and each of them, pursuant to California Code of Civil Procedure §1161a(b) and §1161a(c).

13. Defendant continues in possession of the Property without Plaintiff's permission or consent.

14. The reasonable daily rental value of the Property is $34.45.

15. Attached hereto as Exhibit "C" is a true and correct copy of the Affidavit of Military Status.

WHEREFORE, Plaintiff prays for Judgment against Defendant, and each of them, as follows:

a) Restitution and possession of the Property;

///

-3-

COMPLAINT FOR UNLAWFUL DETAINER

b) An Order directing Defendant to quit and deliver up possession of the Property to Plaintiff;

c) Damages at the rate of $34.45 per day, from and including April 6, 2012, for each day that Defendant continues in possession of the Property up to date of Judgment;

d) For costs of suit herein;

e) For such other relief as the Court deems just and proper.

Dated: April 6, 2012

MILES, BAUER, BERGSTROM & WINTERS, LLP

Hadi R. Seyed-Ali, Esq.
Attorneys for Plaintiff

-4-

COMPLAINT FOR UNLAWFUL DETAINER

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am an attorney at law duly licensed to practice before this court and I am an associate in the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2, a party to this action.  Such party is absent from the county aforesaid where such attorneys have their office and make the verification for and on behalf of that party for that reason.  I have read the above document and know its contents.  I am informed and believe and on that ground allege that the matters stated in it are true.

Executed on April 6, 2012, at Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Hadi R. Seyed-Ali, Esq.
Attorneys for Plaintiff

COMPLAINT FOR UNLAWFUL DETAINER

# EXHIBIT "A"

AND WHEN RECORDED MAIL TO:
RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:

RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

DOC #1 2009.309499
06/18/2009 08: Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   |      |      |     |      |      |     |      |
| M | A | L | 465  | 426  | PCOR NCOR | SMF | NCHG |  |  |
|   |   |   |      |      | T: |      | CTY | UNI |  |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T
044

## TRUSTEE'S DEED UPON SALE

TRANSFER TAX:$ _____

The Grantee herein was the beneficiary
The amount of the unpaid debt was $ 138,200.47
The amount paid by the Grantee was $ 138,200.47
The property is in the city of GALINIA, County of RIVERSIDE.

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CWMBS REPERFORMING LOAN
CERTIFICATES, SERIES 2004-

herein called Grantee, the following described real property situated in RIVERSIDE County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by
MARGARET K PENNINGTON, A SINGLE WOMAN, as Trustor, recorded on 04/16/2004, Instrument
Number 2004-0277038 ( or Book _____, Page _____) Official Records in the Office of the
County Recorder of RIVERSIDE County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

*Form trsteedeed (01/09)*

Printed on 7/28/2011 7:33:31 PM

Page 1 of 3



Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/10/20__ Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $138,200.47.

DATE:   June 10, 2009                             RECONTRUST COMPANY, N.A.

BY: _____
Regina Myles, Assistant Secretary

State of California          }

County of Ventura          }

On __Oo·15-09__ before me, __Susan R. Hardison__, notary public, personally appeared __Regina Myles__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)
Susan R. Hardison

SUSAN R. HARDISON
Commission # 1675268
Notary Public - California
Ventura County
My Comm. Expires Jun 15, 2010

Form trsteedeed (01/09)

RIVERSIDE,CA                    Page 2 of 3                Printed on 7/28/2011 7:33:31 PM
Document: FD 2009.309499

EXHIBIT "A"

LOT 156 OF TRACT NO. 11614, IN THE CITY OF CALIMESA, COUNTY OF RIVERSIDE,
AS SHOWN BY MAP ON FILE IN BOOK 102, PAGES 55 THROUGH 66, INCLUSIVE OF
MAPS AND AS AMENDED IN BOOK 192, PAGES 50 THROUGH 61, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY.

# EXHIBIT "B"

# PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

♦ 3/30/90 NOTICE TO QUIT
♦ NOTICE TO ANY RENTERS LIVING AT

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME:MARGARET K. PENNINGTON
ADDRESS:35640 CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA 92320

☐ 1. PERSONAL SERVICE       By delivering a copy of the Notice (s) on        at        to
                            at the address above.

☒ 2. CONSTRUCTIVE SERVICE   After due and diligent effort, by service of said Notice (s) as
                            authorized by C.C.P. Section 1162 (2,3) on each of the above
                            named parties in the manner set forth below:

☐ A. By leaving a copy for each of the above named parties on        at        , with        , a competent
member of the household at the usual place of residence of each of the above named parties.

☒ B. By posting a copy for each of the above named parties on April 2, 2012 at 12:02 PM in a conspicuous
place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United
States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where
the property is situated on April 2, 2012.

At the time of service, I was at least 18  years of age. I declare under penalty of perjury that the foregoing is
true and correct.

Dated: April 3, 2012
NAME:JUAN REYES
C/O NATIONWIDE LEGAL, LLC
Registration Number 6771, County of Los Angeles
820 N. Parton Street, 2ND Floor
Santa Ana, California  92701
(714) 558-2300
The fee for service was:$110.00
Registration Number: 6013
County: LOS ANGELES
Ref.: 9221655

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

- ♦ 3/30/90 NOTICE TO QUIT
- ♦ NOTICE TO ANY RENTERS LIVING AT

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME:ALL OTHER OCCUPANTS
ADDRESS:35640 CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA 92320

☐ 1. PERSONAL SERVICE    By delivering a copy of the Notice (s) on        at        to
at the address above.

☒ 2. CONSTRUCTIVE SERVICE    After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐ A. By leaving a copy for each of the above named parties on        at        , with        , a competent member of the household at the usual place of residence of each of the above named parties.

☒ B. By posting a copy for each of the above named parties on April 2, 2012 at 12:02 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on April 2, 2012.

At the time of service, I was at least 18  years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2012
NAME:JUAN REYES
C/O NATIONWIDE LEGAL, LLC
Registration Number 6771, County of Los Angeles
820 N. Parton Street, 2ND Floor
Santa Ana, California 92701
(714) 558-2300
The fee for service was:$40.00
Registration Number: 6013
County: LOS ANGELES
Ref.: 9221657

**To: MARGARET K. PENNINGTON
AND ALL OTHERS IN POSSESSION**

of the premises located at:

## 35640 CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA  92320

The premises was duly sold in accordance with Section 2924 of the Civil Code of the State of California on June 10, 2009, under the power of sale contained in a Deed of Trust recorded in the official records, Riverside County, California, and the title under sale has been duly perfected.

NOTICE IS HEREBY GIVEN that:

(i)   Within **Three (3) Days** after service of this Notice, in the event you are in possession of the premises and you are not a tenant or subtenant as described below;

(ii)   Within **Thirty (30) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure and any party to the note remains in the property as a tenant, subtenant, or occupant;

(iii)   Within **Ninety (90) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure.

You are required to quit and deliver up possession of the premises to the undersigned or to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2, owner, who is authorized to receive the same. Your failure to deliver possession of the premises within three/thirty/ninety days will cause the undersigned to institute legal proceedings against you to recover possession of the premises and for damages as provided by law.

This notice to you is given pursuant to the provisions of California Code of Civil Procedure Section 1161a and 1161b and 12 U.S.C. 5220.

**MILES, BAUER, BERGSTROM & WINTERS, LLP**
Attorneys for Owner

Dated: March 30, 2012

by: Hadi R. Seyed-Ali, Esq.
1231 E. Dyer Road, Suite 100
Santa Ana, CA  92705
(714) 481-9100

11-36210

Notice to Any Renters Living at:

**35640 CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA 92320**

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers, it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

# EXHIBIT "C"

## AFFIDAVIT OF MILITARY STATUS

Property Address:    35640 Champagne Drive, Calimesa, CA  92320
File No.:            11-36210


STATE OF CALIFORNIA          )
                             )  SS
COUNTY OF ORANGE             )


I, Hadi R. Seyed-Ali, Esq., being duly sworn, depose and say:

On March 19, 2012, a Military Status Report was completed for Margaret K. Pennington. Per the information furnished, the Department of Defense Manpower Data Center ("DMDC") does not possess any information indicating the individual's military status as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health and Coast Guard). Per the DMDC, the response received reflects active duty status including the date the individual was last on active duty, if the duty was in the preceding 367 days.

As to Occupant, a Social Security Number was/is not readily available.  As a result, on March 19, 2012, a Certified Letter requesting confirmation of Military Status was forwarded to the subject premises at 35640 Champagne Drive, Calimesa, CA  92320 with instructions to respond to the offices of Miles, Bauer, Bergstrom & Winters, LLP within 10 calendar days.  As of this date, no confirmation of Military Status has been received, and Affiant's due diligence has been completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

See Attached.


Date: March 19, 2012                          Hadi R. Seyed-Ali, Esq.
                                              Affiant



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| PENNINGTON | MARGARET K. | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

3/19/2012

https://www.dmdc.osd.mil/appj/scra/popreport.do

*More Information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(I) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:NVDGLOI5VS

3/19/2012

Nevada
RICHARD J. BAUER, JR.
KEITH HICKEY COLE
KEENAN E. McCLENAHAN
MARK T. DOMEYER
    Also Admitted in the District of
    Columbia & Virginia
TAM S. CROSBY
L. BRYANT JAQUEZ
WAYNE A. RASH
VY T. PHAM
HADI R. SEYED-ALI
BRIAN H. TRAN
ANNA A. GHAJAR
CORI B. JONES
CATHERINE K. MASON
CHRISTINE A. CHUNG
HANH T. NGUYEN
S. SHELLY RAISZADEH
SHANNON C. WILLIAMS
ABTIN SHAKOURI
LAWRENCE R. BOIVIN
RICK J. NEHORAOFF
MICHAEL J. FOX

MILES, BAUER, BERGSTROM & WINTERS, LLP
ATTORNEYS AT LAW     SINCE 1985

1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
Phone: (714) 481-9100
Fax: (714) 481-9151

Fax: (702) 942-0411
Fax: CV/FC (702) 942-0411
JEREMY T. BERGSTROM
    Also Admitted in Arizona
GINA M. CORENA
ROCK K. JUNG
KRISTA J. NIELSON
JORY C. GARABEDIAN
THOMAS M. MORLAN
    Admitted in California
STEVEN E. STERN
    Admitted in Arizona & Illinois
ANDREW H. PASTWICK
    Also Admitted in Arizona &
    California
PATERNO C. JURANI

March 19, 2012

(VIA CERTIFIED MAIL)

Re:   35640 Champagne Drive, Calimesa, CA 92320
      File No.: 11-36210

Dear Occupant:

Our office represents the current owner of the above-referenced property, which obtained the property as a result of the foreclosure sale held on June 10, 2009. Attached is a copy of the Deed that was submitted for recording.

We are writing to notify you that military service members on "active duty" or "active service," or a dependent of such a service member may be entitled to certain legal protections pursuant to the Service members Civil Relief Act (50 USC App. §§ 501-596) (SCRA). If you believe that you may be eligible for such protection, please contact our office at the below, within 10 calendar days from the date of this letter.

Miles, Bauer, Bergstrom & Winters, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
Phone Number: (714) 481-9100
Email: scra@mileslegal.com

Your cooperation is appreciated.

Sincerely,

MILES, BAUER, BERGSTROM & WINTERS, LLP

Hadi R. Seyed-Ali, Esq.

BAC 1200413

LANDSAFE TITLE
RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:
20   RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

DOC # 2009-0309499
06/18/2009 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Forward Tax Statements to Address listed above

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 3 |   |   |   |   |   |   |
| M | A | L | 465 | #26 | PCOR | NCOR | SMF | NCHG | EXAM 144 |
|   |   |   | T: |   |   | CTY | UNI |   |   |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

15

T
044

## TRUSTEE'S DEED UPON SALE

TRANSFER TAX: $ _____

The Grantee herein was the beneficiary
The amount of the unpaid debt was $ 138,200.47
The amount paid by the Grantee was $ 138,200.47
The property is in the city of CALIMESA, County of RIVERSIDE

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2

herein called Grantee, the following described real property situated in RIVERSIDE County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by MARGARET K PENNINGTON, A SINGLE WOMAN, as Trustor, recorded on 04/16/2004, Instrument Number 2004-0277038 ( or Book _____ , Page _____ ) Official Records in the Office of the County Recorder of RIVERSIDE County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

*Form trsteedeed (01/09)*

Page 1 of 3                    Printed on 7/28/2011 7:33:31 PM

RIVERSIDE,CA
Document: FD 2009.309499

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/10/2009. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 138,200.47.

DATE:   June 10, 2009

RECONTRUST COMPANY, N.A.

BY: _____
Regina Myles, Assistant Secretary

State of California    }
County of Ventura      }

On __Oe·15-09__ before me, __Susan R. Hardison__, notary public, personally appeared __Regina Myles__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Susan R. Hardison

SUSAN R. HARDISON
Commission # 1675268
Notary Public - California
Ventura County
My Comm. Expires Jun 15, 2010

*Form trsteedeed (01/09)*

Printed on 7/28/2011 7:33:31 PM

RIVERSIDE,CA
Document: FD 2009.309499

RAC 1 2 0 0 4 1 3

EXHIBIT "A"

LOT 156 OF TRACT NO. 11614, IN THE CITY OF CALIMESA, COUNTY OF RIVERSIDE,
AS SHOWN BY MAP ON FILE IN BOOK 102, PAGES 55 THROUGH 56, INCLUSIVE OF
MAPS AND AS AMENDED IN BOOK 192, PAGES 50 THROUGH 51, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY.

Printed on 7/28/2011 7:33:31 PM

RIVERSIDE,CA
Document: FD 2009.309499

1  MILES, BAUER, BERGSTROM & WINTERS, LLP
   Hadi R. Seyed-Ali, Esq., Bar No. 254888
2  1231 E. Dyer Road, Suite 100 (PENNINGTON / 11-36210)
   Santa Ana, CA  92705
3  Phone: (714) 481-9100
   Facsimile: (714) 481-9151
4
   Attorneys for Plaintiff,
5  THE BANK OF NEW YORK MELLON FKA THE
   BANK OF NEW YORK AS TRUSTEE FOR THE
6  CERTIFICATEHOLDERS CWMBS, INC. CWMBS
   REPERFORMING LOAN REMIC  TRUST
7  CERTIFICATES, SERIES 2005-R2

8

9

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                    FOR THE COUNTY OF RIVERSIDE

12                           BANNING COURT

13  THE BANK OF NEW YORK MELLON FKA    CASE NO. RAC1200013
    THE BANK OF NEW YORK AS TRUSTEE
14  FOR THE CERTIFICATEHOLDERS          APPLICATION FOR ORDER TO POST
    CWMBS, INC. CWMBS REPERFORMING      AND MAIL SUMMONS AND
15  LOAN REMIC  TRUST CERTIFICATES,     COMPLAINT – UNLAWFUL
    SERIES 2005-R2,                     DETAINER {C.C.P. 415.45}
16
              Plaintiff(s),
17
         vs.
18
    MARGARET K. PENNINGTON
19  and DOES I through X, Inclusive,

    _____Defendant._____
20
         Pursuant to C.C.P. 415.45 and the attached Declaration re Diligent Attempts at Personal
21
    Service (incorporated herein by reference), Plaintiff hereby requests a court order to post in a
22
    manner most likely to give actual notice and to mail on Defendant, MARGARET K.
23
    PENNINGTON and all occupants by certified mail, Plaintiff's Summons and Complaint-
24

- 1 -

ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT BY POSTING AND MAILING

1  Unlawful Detainer at Defendant's last known residence of 35640 CHAMPAGNE DRIVE,

2  CALIMESA, CALIFORNIA 92320. Every reasonable attempt has been made to personally

3  serve MARGARET K. PENNINGTON and all occupants. The business address is unknown to

4  Plaintiff. Defendant is a necessary party to this action.

5      I declare under penalty of perjury that the foregoing is true and correct. Executed this

6  19 day of April , 2012, at Santa Ana, California.

7                                    MILES, BAUER, BERGSTROM & WINTERS, LLP

8

9                                    Hadi R. Seyed-Ali, Esq.
                                     Attorneys for Plaintiff

10

11                                   **ORDER**

12      IT IS HEREBY ORDERED that Plaintiff may post and mail on Defendant, MARGARET

13  K. PENNINGTON and all other occupants in possession by certified mail, its Summons and

14  Complaint-Unlawful Detainer at Defendant's last known residence of 35640 CHAMPAGNE

15  DRIVE, CALIMESA, CALIFORNIA 92320 in this proceeding pursuant to C.C.P. 415.45.

16  Dated: 04 23 2012

17                                   Judge of the Superior Court - PROTEM

18

19

20

21

22

23

24

-2-

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address):
Hadi R. Seyed-Ali Esq., Bar No. 254008
Miles, Bauer, Bergstrom & Winters, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
Telephone: (714)481-9100      Fax: (714)481-9151
Attorney(s) for: Plaintiff
Ref: 9223455-PG

FOR COURT USE ONLY

Superior Court of California, County of RIVERSIDE, BANNING COURT

THE BANK OF NEW YORK MELLON VS PENNINGTON

| DECLARATION OF DUE DILIGENCE | DATE: | TIME: | DEPT.: | CASE NUMBER: BAC 1200413 |
|---|---|---|---|---|

I ROBERT SEE on the dates herein mentioned, over the age of 18 years and not a party to the action.
I received copies of Summons-Unlawful Detainer-Eviction; Complaint for Unlawful Detainer; Prejudgment Claim of Right to Possession; Civil Case Cover Sheet; Certificate of Counsel.
On 4/10/12, and that after due and diligent effort, I have been unable to effect personal service on the within named party.
Dates and times of attempts with reported detail is listed below:

PARTY SERVED:
MARGARET K. PENNINGTON

ADDRESS DATES AND TIMES ATTEMPTED
35640 CHAMPAGNE DRIVE
CALIMESA, CALIFORNIA 92320

| | | |
|---|---|---|
| 4/10/12 | 2:05 PM | NO ANSWER. |
| 4/12/12 | 5:50 PM | NO ANSWER. |
| 4/14/12 | 8:05 AM | NO ANSWER. |
| 4/16/12 | 11:30 AM | NO ANSWER. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 18, 2012

Signature: _____
ROBERT SEE/1058/SAN BERNARDINO

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
Hadi R. Seyed-Ali Esq., Bar No. 25x888
Miles, Bauer, Bergstrom & Winters, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
Telephone: (714)481-9100    Fax: (714)481-9151
Attorney(s) for: Plaintiff
Ref: 9223457-PG

FOR COURT USE ONLY

Superior Court of California, County of RIVERSIDE, BANNING COURT

THE BANK OF NEW YORK MELLON VS PENNINGTON

| DECLARATION OF DUE DILIGENCE | DATE: | TIME: | DEPT: | CASE NUMBER: BAC 1200413 |
|---|---|---|---|---|

I ROBERT SEE on the dates herein mentioned, over the age of 18 years and not a party to the action.
I received copies of Summons-Unlawful Detainer-Eviction; Complaint for Unlawful Detainer; Prejudgment Claim of Right to
Possession; Civil Case Cover Sheet; Certificate of Counsel.
On 4/10/12, and that after due and diligent effort, I have been unable to effect personal service on the within named party.
Dates and times of attempts with reported detail is listed below:

**PARTY SERVED:**
ALL OTHER OCCUPANTS

**ADDRESS DATES AND TIMES ATTEMPTED**
35640 CHAMPAGNE DRIVE
CALIMESA, CALIFORNIA 92320

| | | |
|---|---|---|
| 4/10/12 | 2:05 PM | NO ANSWER. |
| 4/12/12 | 5:50 PM | NO ANSWER. |
| 4/14/12 | 8:05 AM | NO ANSWER. |
| 4/16/12 | 11:30 AM | NO ANSWER. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 18, 2012

Signature: _____
ROBERT SEE /1051/SAN BERNARDINO

BANNING 135 N. Alessandro Rd., Banning, CA 92220
BLYTHE 265 N. Broadway, Blythe, CA 92225.
RIVERSIDE 4050 Main St., Riverside, CA 92501
HEMET 880 N. State St., Hemet, CA 92543

INDIO 46-200 Oasis St., Indio, CA 92201
MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
MURRIETA 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563
TEMECULA 41002 County Center Dr. Ste. 100, Temecula, CA 92591

RI-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address) | SBN: 254888 |
| --- | --- |

Hadi R. Seyed-Ali, Esq. Bar No. 254888
Miles, Bauer, Bergstrom & Winters, LLP (11-36210)
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705

TELEPHONE NO: 714-481-9100  FAX NO. (Optional): 714-481-9151
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFF

FOR COURT USE ONLY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

APR 10 2012

PLAINTIFF/PETITIONER: THE BANK OF NEW YORK MELLON

DEFENDANT/RESPONDENT: MARGARET K. PENNINGTON

CASE NUMBER:
BAC 1 2 0 0 4 1 3

## CERTIFICATE OF COUNSEL

All civil cases shall be filed in the following courthouses based on the zip code of the area in which the cause of action arose.

The undersigned certifies that this matter should be tried or heard in the following court:

- ☒ Banning
- ☐ Blythe
- ☐ Hemet
- ☐ Murrieta
- ☐ Moreno Valley
- ☐ Riverside
- ☐ Indio
- ☐ Temecula

For the reasons specified below:

- ☐ The action arose in the zip code of: _____ or
  City/Community of: _____

- ☒ The action concerns real property located in the zip code of: 92320 _____ or
  City/Community of: CALIMESA

- ☐ The Defendant resides in the zip code of: _____ or
  City/Community of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 3115 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date  April 6, 2012

► _____ (SIGNATURE)

Hadi R. Seyed-Ali, Esq. Bar No. 254888
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

Page 1 of 1

Approved for Mandatory Use
Riverside Superior Court
RI-030 [Rev. 1/1/12]

**CERTIFICATE OF COUNSEL**

Local Rule 3115
riverside.courts.ca.gov/localforms/localforms.shtml

Margaret Katherine Pennington
36040 Champagne Drive
Calimesa, California 92320
Riverside: the County
California: the land
(909) 795-1737

In Pro Per

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAY 14 2012

# SUPERIOR COURT OF THE STATE CALIFORNIA
## FOR THE COUNTY OF RIVERSIDE
### BANNING COURT

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES SERIES 2005-R2,<br><br>Plaintiff(s),<br><br>vs.<br><br>MARGARET K. PENNINGTON and DOES 1 through X, inclusive<br><br>Defendant(s). | CASE NO.: BAC1200413<br><br>**DEFENDANTS NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFF'S UNLAWFUL DETAINER COMPLAINT**<br><br>**Demand for Jury Trial**<br><br>Action Filed:  **April 10, 2012**<br>Trial Date:   None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 13, at 1:30 or as soon thereafter as the matter may be heard in department b-1 of the above entitled court, located at 135 North Alessandro Road Banning California, 92220 the court will hear the demurrer of Defendants, Margaret Katherine Pennington; to plaintiff's complaint for Unlawful Detainer. Margaret Katherine Pennington demurrer to the following complaint of Plaintiff, THE BANK OF NEW YORK MELLON, pursuant to the complaint is uncertain in the fact that it contains contrary and

---

DEMURRER                                                                         Page 1

inconsistent allegations which make it impossible to . . . am such person claims, and title
pursuant to a writ of execution against the judgment person in possession under . . .
under the sale has been duly perfected. (2) Where the property has been sold pursuant to a writ of sale
upon the foreclosure by proceeding taken as prescribed in this code of mortgage, or under an express
power of sale contained

1. Plaintiff's have failed to filed a declaration as required under California Civil Code 2923.5 regarding satisfaction of the due diligence requirements.

2. Plaintiff's have failed to filed interpleaded action within 30 days as required under California Civil Code 2924j

3. Plaintiff's have failed to demonstrate that they have the proper chain of documents as required under California Civil Code 2924.1

4. Plaintiff's have failed under the Fair debt collections Act to verify the debt as required and Manded by Federal Law under 15 U.S.C 1692(g)(4).

5. Plaintiff's are in violation of federal rules and regulation 15 U.S.C 1692(e)

## DEMURRER

Defendants Rachel Cordero, Eva Cordero, Anna Arreaga ("Defendants") hereby demurrer generally and specially to the Complaint filed by JKH CAPITAL LP as follows:

### DEMURRER TO UNLAWFUL DETAINER

1. As against Margaret Katherine Pennington does not state facts sufficient to state cause of action in this Limited Civil Venue.

2. As against the Defendant as per Code of Civil procedure no injured party has been brought fourth as the limited Civil Party.

3. As against the Defendant possession has not been demonstrated through perfected title of perfected documents of ownership.

The complaint is uncertain as the proper court jurisdiction for this matter. (1)Plaintiff appears to be claiming that proper jurisdiction for this matter is in the Limited Court jurisdiction yet by their own admission that this is a _**matter of title**_ and _**not a landlord/tenant relationship it is an Owner versus Owner matter.**_ Therefore the landlord/tenant rules do not apply in this matter. (2) This court does not have jurisdiction over the subject matter of this case. The property presumably _**was purchased at the alleged Trustee's Sale for more than $10,000.00**_ which make the value of the property in this subject matter over the jurisdiction of this Court. "A court without authority to decide cases involving more or less than a certain sum of money or amount of value is "not competent" i.e. it lacks jurisdiction of the subject matter or the action" (See Rest. 2d, Judgements § 11, Comment a, supra, § 7; 36 So. Cal. L. rev 55 [general study of monetary limitations on civil jurisdiction of minor courts in all American states, with comparative chart]; 20 Am. Jur. 2d (2005 ed.), Courts § 106.)

## DEMURRER TO ACCOUNTING PRACTICES

5. As against the Defendant total and full accounting must be given and verification of debt under federal law and under California Fair Business Practice Act 17200

## DEMURRER TO IMPROPER DISCLOSURE OF INVESTORS

6. As against the Defendant by California law each member of any investment group that has his / her Investment at risk must show their own cause to claim title ie THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES SERIES 2005-R2,

7. As against the Defendant the Trustee's Deed Upon Sale is uncertain and does not state sufficient fact.

8. As against the Defendant under Federal Regulations and California Law no substitution of trustee was ever rendered to defendant.

DEMURRER

Page 3

1. Introduction

The premise of Plaintiffs form complaint is the declaration of ownership attached to Unlawful Detainer Complaint after they didn't receive the high absorbent amount charge for the loan contains false information that renders every subsequent act invalid or voidable.

According to plaintiffs every chance to cure the debt was given when debt was never verified and service was rendered properly Plaintiffs asserts that they have every document in the perfected chain of title ownership is granted without any assignment or substitution of trustee under law the verification was made under the penalty of perjury and allegedly contains false statements "the entire document is void on its face" everything else that follows should be considered false and voidable as a matter of law. Unfortunately Plaintiff foreclosed without having the proper chain of documents in a proper chain of title.

II   Statements of Facts

The party against whom a complaint has been filed may object, demurrer as provided in California Code of Civil Procedure Section 430.30, to the complaint when any grounds for objection appear on the face thereof.

California Code of Civil Procedure § 430.10(f) provides that proper grounds for demur including "The pleading is uncertain", as used in this subdivision "uncertain" includes ambiguous and unintelligible.

The above described defects make it impossible to answer and plead and offer appropriate defenses.

The Complaint is subject to demurrer and therefore Defendant's demurrer should be sustained without leave to amend.

DEMURRER

III.   Standard on Demurrer.

A demurrer serves to test the sufficiency of a pleading by raising questions of law. *Buford v. State of California*, 104 Cal. App. 3d 811, 818 (1980). "The Party against whom a complaint has been filed may object, by demurrer…on [the grounds that]…the pleading does not state facts sufficient to constitute a cause of action." Cal. Civ. Proc. Code 430.10(e). While a demurrer admits all material facts that were properly pled, a demurrer does not assume the truth of contentions, deductions, or conclusions of facts or law. *See Leyva v. Nielsen*, 83 Cal. App. 4th 1061, 1063 (2000). Nor does a demurrer admit allegations contradicted by the exhibits to the complaint or by matters of which judicial notice may be taken. See **Vance V. Villa Park Mobilhome Estates,** 36 Cal. App. 4th 698, 709, (1995).   Allegations of a complaint must be sufficiently clear to apprise the defendant of the issues which it is to meet and defend.  See **Butler v. Sequeira**, 100 Cal. App.2nd 143, 145-147 (1950).  "It is settled law that a pleading must allege facts and conclusions, and that the material facts must be alleged directly and not by way of recital." **Ankeny v. Lockheed-Missile & Space Co**., 88 Cal App.3rd 531, 537 (1979). Further, "in pleading, the essential facts upon which determination of the controversy depends should be started with clearness and precision so that nothing is left to surmise." Id. "Those recitals, references to, or allegations of material fact which are left to surise are subject to special demurrer for uncertainty." Id.

Finally, a demurrer must be granted when a complaint, on its face or from matter judicially noticed, fails to state a claim upon which relief may be granted. Code Civ. Proc. 430.10 (e).  When there is no possibility that a defect in the complaint can be cured by amendment, a demurrer may be sustained without leave to amend. *La Jolla Village Homeowners' Assoc., Inc. v. Super*, Ct, 212 Cal. App. 3d, 1131, 1141 (1989).   Because the causes of action contained in the Complaint cannot be cured by amendment, Defendants respectfully requests that the Demurrer be sustained in its entirety, without leave to amend.

Defendants Margaret Katherine Pennington request that the court sustain Her demur without leave to amend.


DATED: May 14, 2012

By: Margaret Katherine Pennington
Margaret Katherine Pennington (Authorized Signature)
In Pro Per


VERIFICATION

For I Margaret Katherine Pennington declare under the penalty of perjury under Title 28, 1746.1 under the laws of California that the foregoing is true and correct to the best of our knowledge.


Dated: May 14, 2012

By: Margaret Katherine Pennington
Margaret Katherine Pennington (Authorized Signature)
In Pro Per

DEMURRER                                                                                              Page 6

1  Margaret Katherine Pennington
   33640 Champagne Drive
2  Calimesa, California 92320
3  Riverside: the County
   California: the land
4  (909) 795-1737

5  In Pro Per

6

7              SUPERIOR COURT OF THE STATE CALIFORNIA

8                 FOR THE COUNTY OF RIVERSIDE

9                        BANNING COURT

10

11  THE BANK OF NEW YORK MELLON      )   CASE NO.: BAC1200413
    FKA THE BANK OF NEW YORK AS      )
12  TRUSTEE FOR THE                  )   [PROPOSED] ORDER
    CERTIFICATEHOLDERS CWMBS, INC.   )
13  CWMBS REPERFORMING LOAN          )
    REMIC TRUST CERTIFICATES SERIES  )
14  2005-R2,                         )
                                     )
15              Plaintiff(s),        )
                                     )   Action Filed:  April 10, 2012
16         vs.                       )   Trial Date:    None Set
                                     )
17  MARGARET K. PENNINGTON           )
    and DOES 1 through X, inclusive  )
18
19              Defendant(s).
20  _____

21                          ORDER

22

23        IT IS HEREBY ORDERED that the Defendants NOTICE OF DEMURRER AND

24  DEMURRER TO PLAINTIFF'S UNLAWFUL DETAINER COMPLAINT in the above action

25  is sustained in its entirety, without leave to amend.

26

27

28  _____          _____
    Date                                    Judge

                                                          Page 1

Calimesa, California 92320

TELEPHONE NO.: 909-795-1737     FAX NO. (Optional): N/A

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

STREET ADDRESS: 135 N. ALESSANDRO ROAD

MAILING ADDRESS: 135 N. ALESSANDRO ROAD

CITY AND ZIP CODE: BANNING, CA 92220

BRANCH NAME: BANNING SUPERIOR COURT

PETITIONER/PLAINTIFF: THE BANK OF NEW YORK MELLON

RESPONDENT/DEFENDANT: MARGARET K. PENNINGTON

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: BAC1200413 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1.  I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2.  My residence or business address is:

    2741 Hamner Avenue, Norco, CA 92860

3.  On *(date):* May 14, 2012      I mailed from *(city and state):* Norco, California
    the following **documents** *(specify):*
    DEFENDANTS NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFF'S UNLAWFUL
    DETAINER COMPLAINT

    ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
    (form POS-030(D)).

4.  I served the documents by enclosing them in an envelope and *(check one):*
    a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
    b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
    business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
    placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
    a sealed envelope with postage fully prepaid.

5.  The envelope was addressed and mailed as follows:
    a.  Name of person served: Hadi R. Seyed-Ali
    b.  Address of person served:

        THE LAW OFFICES OF MILES, BAUER, BERGSTROM & WINTERS, LLP
        1231 E. DYER ROAD, SUITE 100
        SANTA ANA, CALIFORNIA 92705

    ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service
    by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2012

Jamie Mack
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          (SIGNATURE OF PERSON COMPLETING THIS FORM)

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov |
|---|---|---|

MILES, BAUER, BERGSTROM & WINTERS, LLP
Hadi R. Seyed-Ali, Esq., Bar No. 254888 (PENNINGTON / 11-36210)
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
Phone: (714) 481-9100
Facsimile: (714) 481-9151

Attorneys for Plaintiff,
THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CWMBS, INC. CWMBS
REPERFORMING LOAN REMIC TRUST
CERTIFICATES, SERIES 2005-R2

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

BANNING COURT

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2,<br><br>      Plaintiff(s),<br><br>vs.<br><br>MARGARET K. PENNINGTON and DOES I through X, Inclusive,<br><br>      Defendant. | CASE NO.: BAC1200413<br><br>**PLAINTIFF'S OPPOSITION TO DEMURRER OF DEFENDANT MARGARET K. PENNINGTON; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Date:** June 13, 2012<br>**Time:** 1:30 p.m.<br>**Dept.:** B1<br><br>ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a<br><br>[THE DEMAND DOES NOT EXCEED $10,000]<br><br>PROPERTY ADDRESS:<br>35640 CHAMPAGNE DRIVE<br>CALIMESA, CALIFORNIA 92320 |

-1-

**TO ALL INTERESTED PARTIES:**

Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 ("Plaintiff"), hereby opposes the Demurrer of Defendant MARGARET K. PENNINGTON for the reasons set forth herein.

DATED: June 5, 2012

MILES, BAUER, BERGSTROM & WINTERS, LLP

Hadi R. Seyed-Ali, Esq.
Attorneys for Plaintiff

-2-

## I.    INTRODUCTION.

This is an unlawful detainer after foreclosure.  The complaint alleges Plaintiff acquired title to the property located at 35640 CHAMPAGNE DRIVE, CALIMESA, CA 92320 ("Property") at a trustee's sale held in compliance with California law.  The Trustee's Sale was duly perfected by recording a Trustee's Deed Upon Sale in the Office of the County Recorder of Riverside County, California.  After acquiring title to the Property, Plaintiff caused a Notice to Quit to be served at the Property upon the former trustor/Defendant MARGARET K. PENNINGTON and all others in possession. After expiration of a three (3) day notice period, the Property remains occupied without Plaintiff's permission or consent.

Defendant MARGARET K. PENNINGTON responded by filing the instant demurrer.

## II.    THE DEMURRER SHOULD BE OVERRULED.

The demurrer is without merit.  Demurrers may be based only on defects appearing on the face of the complaint or through matters judicially noticeable.  California Code of Civil Procedure § 430.30(a).  A demurrer tests the legal sufficiency of a pleading and raises only issues of law regarding the form and content of the contested complaint. All facts in the complaint must be assumed as true.  Serrano v. Priest (1971) 5 Cal.3d. 584,591.  Here, Plaintiff has sufficiently pled that (1) Plaintiff has perfected title; (2) Plaintiff's proper service of the Notice to Quit; (3) Defendant is still in possession of the premises without consent; and (4) Plaintiff is seeking possession of the premises.  Plaintiff has also incorporated in its complaint: a true and correct copy of the trustee's deed upon sale, the Notice to Quit (which names all other occupants) and the proof of service for the Notice to Quit. Moreover, the demurrer is based on matters that are extrinsic to the complaint including Defendant's allegations that Plaintiff has violated several irrelevant federal statutes, there has been no verification of the debt, and an allegation about improper disclosure of investors.  Defendant is asserting a factual dispute that is properly resolved at trial. Plaintiff's complaint sufficiently alleges a cause of action.

-3-

Additionally, it appears the Defendant has copied and pasted her Demurrer from another source as she lists the names of certain Defendants on page 2 of her Demurrer who are not parties to this action, including Rachel Cordero, Eva Cordero, and Anna Arreaga.

### III.   THE DEMURRER IS WITHOUT MERIT BECAUSE THE COMPLAINT STATES A CAUSE OF ACTION FOR UNLAWFUL DETAINER AND IS NOT UNITELLIGIBLE, VAGUE, AND/OR AMBIGUOUS.

Again, a demurrer can only object to the allegations that appear on the face of the complaint or that which the court may take judicial notice. California Code of Civil Procedure § 430.30 (a); see also Serrano v. Priest (1971) 5 Cal.3d 584, 591. Further, pursuant to California Code of Civil Procedure Section 430.60, a demurrer shall distinctly specify the grounds upon which any of the objections to the complaint are taken and if not so specified, the demurrer may be disregarded.

Defendant's demurrer claims Plaintiff's complaint fails to state a cause of action. Plaintiff's complaint alleges Defendant MARGARET K. PENNINGTON was the original trustors under a deed of trust, which secured the Property. The complaint then states the Property was sold in accordance with California Civil Code Section 2924, Plaintiff purchased the Property at the Trustee's sale, and perfected title by recording its Trustee's Deed Upon Sale in the office of the County Recorder of Riverside.

Defendant MARGARET K. PENNINGTON alleges Plaintiff fails to state a claim because the Plaintiff lacks legal capacity to sue and has not made appropriate allegations to support its entitlement to possession. Defendant fails to mention, however, that the purpose of this trial is to determine possession of the Property. The Court in Cheney v. Trauzettel held that a Plaintiff pursuing possession of a premise under California Code of Civil Procedure Section 1161a must prove their acquisition of title by purchase at sale; but it is only to this limited extent that the title

-4-

may be litigated in such a proceeding. Cheney v. Trauzettel (1937) 9 Cal. 2d 158, 160. Under the Cheney ruling, this information Defendant seeks is outside the scope of litigation and thus is not necessary for Plaintiff to state a cause of action for Unlawful Detainer after foreclosure as required under California Code of Civil Procedure Section 1161a.

Plaintiff clearly has legal standing to bring this Unlawful Detainer action as it acquired title of the subject property by purchase at a trustee's sale. Plaintiff holds title to the Property based on the Trustee's Deed Upon Sale recorded with the County Recorder. Plaintiff brings this action as the owner of the property in question and therefore has standing to sue as the real party in interest. See Gantman v. United Pac. Ins. Co. (1991) 232 Cal.App.3d 1560, 1566. In addition, Plaintiff's complaint clearly states a cause of action for Unlawful Detainer as it alleges acquisition of the Property at the trustee's sale and incorporates by reference and by attachment the recorded Trustee's Deed Upon Sale. Therefore, Plaintiff states facts sufficient to state a cause of action.

## IV.   CONCLUSION.

Based on the foregoing, Plaintiff requests the court overrule the demurrer and require Defendant to answer only within five (5) days.

DATED: June 5, 2012          MILES, BAUER, BERGSTROM & WINTERS, LLP

Hadi R. Seyed-Ali, Esq

Hadi R. Seyed-Ali, Esq.
Attorneys for Plaintiff

-5-

PROOF OF SERVICE

2

3   STATE OF CALIFORNIA,            }
                                    } SS.
4   COUNTY OF ORANGE                }

5       I am employed in the County of Orange, State of California. I am over the age of 18 and not

6   a party to the within action. My business address is 1231 East Dyer Rd., Suite 100, Santa Ana,

7   California 92705.

8       On June 11, 2012, I served within **PLAINTIFF'S OPPOSITION TO DEMURRER OF**

9   **DEFENDANT MARGARET K. PENNINGTON; MEMORANDUM OF POINTS AND**

10  **AUTHORITIES** on the interested parties in this action by placing a true copy thereof enclosed

11  enclosed in a sealed envelope via overnight delivery (FedEx) at Santa Ana, California, addressed as

12  follows:

13  **Margaret K. Pennington**
    **35640 Champagne Drive**
14  **Calimesa, California 92320**

15      I certify that I am employed in the office of a member of the Bar at whose direction this

16  service was given.

17      I declare under penalty of perjury that the foregoing is true and correct.

18      Executed on June 11, 2012 at Santa Ana, California.

19

20

21      _____
                Adam Kendis
22

23

24

25

26

27

28

-1-

PROOF OF SERVICE

Case 5:13-cv-01340-JAK-DTY   Document 3   Filed 08/29/13   Page 58 of 96   Page ID #:163

1 | Margaret Katherine Pennington
2 | Calimesa, California 92320
3 | Riverside: the County
  | California: the land
4 | (909) 7951737
5 | In Pro Per
6 |
7 |

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY C.  .IVERSIDE

JUN 1 8 2012

R. GARCIA

# SUPERIOR COURT OF THE STATE CALIFORNIA
# FOR THE COUNTY OF RIVERSIDE
# BANNING COURT

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES SERIES 2005-R2,<br><br>Plaintiff(s),<br><br>vs.<br><br>MARGARET K. PENNINGTON and DOES 1 through X, inclusive<br><br>Defendant(s). | **CASE NO.: BAC1200413**<br><br>**ANSWER TO UNLAWFUL DETAINER COMPLAINT**<br><br>Action Filed:  **April 10, 2012**<br>Trial Date:    None Set |

**COMES NOW Name(s)**, living, breathing, natural born, free woman on the soil, Sovereign American Citizens, *sui juris*, defendant in error, by special appearance, with and claiming all of her unlimited, inherent, unalienable, Constitutionally secured Rights, and with her name properly spelled only in upper and lower case letters, and who hereby respectfully makes this Answer to Complaint, based in truth, fact, and law;

1. The only jurisdictional court that can hear matters of the People per the declared Supreme Law of the Land, the Constitution of the United States, and pursuant to the California State

Page 1

Constitution, is a Court that functions pursuant to Article III Section 2 of the Constitution where . officers of the court are bound and abide by laws required. Oaths of Office and all laws pursuant to the Constitution are upheld including the Bill of Rights and all aspects of due process of law.

2. Alleged opposing counsel, if in fact, is an officer of the court, is to have sworn an oath in open court, sworn and subscribed, to uphold the Constitutions of the United states as his first duty, as a requirement of due process.

3. Alleged opposing counsel has claimed that he is "one of the attorneys representing the Plaintiff" in this matter, yet, no <u>lawful</u> proof of his status as agent has been provided. Therefore, Hadi R. Seyed-Ali claim of lawful agent status in this instant matter is only hearsay because it is not supported by any factual evidence before the court as required per due process. Alleged opposing counsel has not provided a genuine certified copy of a contract/agreement, sworn and attested to by a responsible party legally authorized to contract on behalf of the aforementioned Plaintiff demonstrating lawful proof that said Plaintiff is a valid and lawful party of interest in this matter and that the alleged opposing counsel is their agent in this matter with valid and lawful authorization, so attesting under the pains and penalties of perjury. Failure to provide such a contract/agreement is admission that no such contract/agreement exists and, further, that the alleged opposing counsel is acting on his own behalf and interests in his attempt to collect this alleged debt and are not a real party in interest and is a further violation of due process. In this instance, the alleged opposing counsel has perpetrated blatant fraud and will be held accountable and liable for that act.

4. Alleged opposing counsel, as an officer of the court, is to have sworn and subscribed an Oath to uphold and defend the Constitution of the United States as his first duty, yet no <u>lawful</u> proof of this has been provided and proven on the record in this matter. A certified copy of Hadi R. Seyed-Ali timely filed Oath of Office and copies of all bonds Hadi R. Seyed-Ali is required to obtain according to law including documented proof of Hadi R. Seyed-Ali malpractice insurance are necessary to prove on the record that Hadi R. Seyed-Ali is lawfully functioning before the court. Because this has not been proven on the record in this matter, Hadi R. Seyed-Ali claim of being able to lawfully represent Plaintiff in this instant matter is only hearsay because it is not supported by any factual evidence before the court and, in addition, a violation of due process.

5. The Judge in this matter has sworn an Oath to support and defend the United States of America, c̄ a 1787, as amended in 1791 with the Bill of Rights to the California Constitution and its Bill of Rights, and to the rights of the People of the State of California, secured therein, in exchange for the public trust, per Article VI Section 3 of the National Constitution and Article XX Section 3 of the Constitution for the State of California.

6. Pursuant to the referenced Oaths, there is no authority for any Judge or Attorney to supersede the mandates of the Constitutions, the Bill of Rights and the California Bill of Rights specific to that state's Constitution.  (See: Article VI Section 2 of the Constitution of the United States as amended and ratified 1791).

7. Defendant claims and exercises all rights as guaranteed by the National Constitution specific to the Bill of Rights, including but not limited to Articles I, IV, V, VII per the California State Constitution Article 1 Section 16.

8. The alleged parties to the contract/agreement in this instant alleged matter are the Defendant-in-error and THE BANK OF NEW YORK MELLON.

9. Since Hadi R. Seyed-Ali has either acted on his own or for his alleged client, that party, such as Hadi R. Seyed-Ali and/or its alleged client, who alleges its purchase of an alleged "debt", in violation of law, and shows no evidence or proof of the alleged purchase, or of the validity of the alleged debt, perpetrates fraud and **commits** numerous crimes.

10. Margaret Katherine Pennington sent 2 Affidavits of Notary Present to the Attorney Hadi R. Seyed-Ali of the Law Firm of Miles Bauer Bergstrom & Winters LLP for him to Prove he represented THE BANK OF NEW YORK MELLON.  Hadi R. Seyed-Ali failed to respond to the Affidavits. The Laws of Commerce under the Uniform Commercial Code states: (1) An unrebutted affidavit stands as truth in commerce.  See 1 Pet. 1:25; Heb. 6:13-15. Legal maxim: "He who does not deny, admits." (2) He who leaves the field of battle first (does not respond to Affidavit) loses by default. See Book of Job; Matt 10:22. Legal maxim: "He who does not repel a wrong when he can occasions it." (3) An unrebutted affidavit becomes a judgment in commerce. See Heb. 6:16-17. The first Affidavit was sent  Certified Mail return receipt # 7010 0290 0002 1530 1234  on April 4, 2012 and signed for on April 6, 2012 at 11:10 am stated, This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, the Supreme Law of the Land, in particular, but not limited to, the Fourth, Fifth, Seventh, and Ninth Amendments, and the California State Constitution, in particular, Article 1, Sections 1, 2,

3, 4, 7, 13 and 24, and pursuant to your oath, and requires your written response to this of the subject matter. Your failure to respond, within 15 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." See pg 2, ¶ 1 of JN Exhibit A.

11. The second Affidavit was sent Certified Mail return receipt #7010 0290 0002 1530 0114 on April 28, 2012 and signed for on May 1, 2012 at 11:01 am stated This Affidavit/Declaration of Truth is lawful notification to you, Hadi R. Seyed-Ali, alleged Attorney in the State of California, and is hereby made and sent to you pursuant to the Federal Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and the Declaration of Rights of the California State Constitution, in particular, Article 1, Sections 1, 2, 3, 4, 7, 13, 18, and 20, and pursuant to your oath, and requires your written rebuttal to me, specific to each and every point of the subject matter stated herein, within 30 days, via your own sworn and notarized affidavit, using fact, law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed that your failure to respond, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit/Declaration, is your lawful, legal and binding agreement with and admission to the fact that everything attested to in this Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any court in America, without your protest or objection, or that of those who represent you. See pg 2, ¶ 2 of JN Exhibit B.

12. Since Hadi R. Seyed-Ali of the law firm of Miles Bauer Bergstrom & Winters LLP failed to respond to the 2 Affidavits, the Maxims of Law states, an unrebutted Affidavit becomes a judgment in commerce. Based on the unrebutted Affidavits, Hadi R. Seyed-Ali has entered no proof into evidence for this court of record showing it represents THE BANK OF NEW YORK MELLON, thus deceiving Defendant, the Court and has perpetrated fraud upon the court.

Page 4

Date June 18, 2012

Margaret Katherine Pennington, American Citizen
35640 Champagne Drive
Calimesa, California [92320]

VERIFICATION

For I Margaret Katherine Pennington declare under the penalty of perjury under Title 28, 1746.1 under the laws of California that the foregoing is true and correct to the best of my knowledge.

Dated: June 18, 2012

By: _Margaret Katherine Pennington_

Margaret Katherine Pennington (Authorized Signature)
In Pro Per

TELEPHONE NO.: (909) 795-1737          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): In Pro Per

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

STREET ADDRESS: 135 North Alessandro Road

MAILING ADDRESS: 135 North Alessandro Road

CITY AND ZIP CODE: Banning Ca 92220

BRANCH NAME: BANNING COURT

PETITIONER/PLAINTIFF: BANK OF NEW YORK MELLON

RESPONDENT/DEFENDANT: MARGARET K. PENNINGTON

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 18 2012

R. GARCIA

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: BAC1200413 |
| --- | --- |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   2741 Hamner Avenue, Suite 112 Norco, Ca 92680

3. On *(date)*: June 18, 2012      I mailed from *(city and state)*: Norco Ca
   the following **documents** *(specify)*:

   Answer To Unlawful Detainer

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: BANK OF NEW YORK MELLON
   b. **Address** of person served:

      Hadi R. Seyed-Ali/Attorney for Plaintiff
      1231 East Dyer Road, Suite 100
      Santa Ana, CA  92705

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 18, 2012

Jamie Mack
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)                    (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

Margaret Katherine Pennington
35640 Champagne Drive
Calimesa, California 92320
Riverside: the County
California: the land
(909) 795-1737

In Pro Per

SUPERIOR COURT OF THE STATE CALIFORNIA
FOR THE COUNTY OF RIVERSIDE
BANNING COURT

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES SERIES 2005-R2,<br><br>Plaintiff(s),<br><br>vs.<br><br>MARGARET K. PENNINGTON and DOES 1 through X, inclusive<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.: BAC1200413**<br><br>**JUDICIAL NOTICE**<br><br>Action Filed:   **April 10, 2012**<br>Trial Date:   None Set |

THE COURT, is hereby, to take judicial notice of the following attached documents:

All items mentioned in California Evidence Code Section 451 and 542,

[among which is included the Federal Rules of Civil Procedure].

Page 1

1. On April 4, 2012, an Affidavit of Margaret Katherine Pennington under Affidavit of Notary Presentment was mailed BANK OF NEW YORK MELLON. See JN, Exhibit A..

2. On April 28, 2012, an Affidavit of Margaret Katherine Pennington was sent under Affidavit of Notary Presentment was mailed to BANK OF NEW YORK MELLON. See JN, Exhibit B..

3. On July 10, 2009, an Unlawful Detainer Complaint was filed by BANK OF NEW YORK MELLON, Case No. BAU000928.   See JN, Exhibit C.

Dated this 18th day of June, in the year of our lord, two thousand and twelve.

Margaret Katherine Pennington, American Citizen
35640 Champagne Drive
Calimesa, California [92320]

Page 2

JUDICIAL NOTICE


EXHIBIT "A"

# CERTIFICATION OF MAILING

State of California            )
                                 ) ss.
County of Riverside         )

On this 4th day of April, 2012, A.D. for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Margaret Katherine Pennington appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office **Certified** Mail Receipt number 7010 0290 0002 1530 1234 to

Hadi R. Seyed-Ali
C/o Miles Bauer Bergstrom & Winters LLP
1231 E Dryer Road Suite 100
Santa Ana, California  92705

|  |  | Number of Pages |
|---|---|---|
| 1. | NOTARY PRESENTMENT | 1 |
| 2. | AFFIDAVIT OF Margaret Katherine Pennington | 2 |

WITNESS my hand and official seal.

_Janis Dorsey_      4/4/12          (Seal)
Notary Public            Date

My commission expires: _August 28_, 20_14_

JANIS DORSEY
Commission # 1901782
Notary Public - California
Riverside County
My Comm. Expires Aug 28, 2014

Return all responses to:
Janis Dorsey
P.O. Box 7935
Riverside, CA 92513

Certified Mail # 7010 0290 0002 1530 1234

Margaret Katherine Pennington
35640 Champagne Drive
Calimesa, California [92320]

Date: April 4, 2012

BY: CERTIFIED MAIL return receipt # 7010 0290 0002 1530 1234

To:    Hadi R. Seyed-Ali
       C/o Miles Bauer Bergstrom & Winters LLP
       1231 E Dryer Road Suite 100
       Santa Ana, California 92705

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, the Supreme Law of the Land, in particular, but not limited to, the Fourth, Fifth, Seventh, and Ninth Amendments, and the California State Constitution, in particular, Article 1, Sections 1, 2, 3, 4, 7, 13 and 24, and pursuant to your oath, and requires your written response to me specific to the subject matter. Your failure to respond, within 15 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

You swore an oath to uphold and support the Constitution of the United States of America and the Constitution of California, and pursuant to your oath, you are required to abide by that oath in the performance of your official duties. You have no Constitutional or other valid authority to defy the Constitutions, to which you owe your LIMITED authority, delegated to you by and through the People, and to which you swore your oath; yet, by your actions against me, committed acting as an agent/Officer of the Court for BANK OF NEW YORK MELLON, and in so doing, you perjured your oath by violating my Constitutionally guaranteed Rights and all aspects of due process of law, in particular those rights secured in the Bill of Rights, including, but not limited to, my 4th, 5th, 7th and 9th Amendment Rights and those rights guaranteed and protected in the California Constitution Declaration of Rights.

My property has been unlawfully and criminally sold through an unlawful foreclosure process as of 6/10/2009, and at no time in this unlawful process of "foreclosure" have I waived any of my rights including those relevant to the National Constitution specific to the Bill of Rights Article IV "the right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures shall not be violated....", Article V "No person shall..be deprived of life, liberty, or property without due process of law.." and per Article VII "In Suits at common law, where the value in controversy shall exceed 20 dollars, the right to trial

by jury shall be preserved..." Yet, you acted in contradiction to my oath through assisting a fiction entity under color of law to make a theft of my property.

At all times that I have domiciled in this property I have had and continue to have a vested interest of ownership which I have not released to any party nor has any party offered or made settlement to me for my interest in said property of at least $142,000.00.

Pursuant to Marbury v. Madison, (1803), all laws repugnant to the Constitution are null and void. Your actions are repugnant to the Constitutions, thus, are without the weight of law and without valid authority as well as all actions through this unlawful foreclosure process against me.

If you are an attorney, an officer of the court, you are required to have an oath of office on file for public scrutiny and bonds to guarantee your faithful performance of your duties, pursuant to your oath, as the law requires, as well as malpractice insurance. I respectfully demand that you send me a certified copy of your timely filed oath of office and copies of all bonds you are required to obtain according to law including documented proof of your malpractice insurance. If you fail to provide these, then you admit that you have no oath of office, no bonds as required by law and no malpractice insurance.

Should you persist in your efforts to violate my Rights, then, you commit deliberate fraud, which perjures your oath and violates state laws governing attorneys and the Rules of Professional Conduct. Such actions could subject you to criminal charges, civil action and disciplinary action from the Bar Association and the state Supreme Court, with whom I will file charges against you. In addition, I will notify your malpractice insurer of your unlawful actions in violation of including, but not limited to, due process of law, which may adversely impact you and possibly your entire law firm.

Should you fail to properly resolve this matter by immediately ceasing and desisting any and all activities against me, then, be assured that I will take any and all necessary measures against you, as stated above, to protect my private property, to claim and exercise my Constitutionally guaranteed Rights, to publicly expose your fraud and see that you are held accountable and liable for your unlawful, fraudulent actions.

If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 15 days of this letter's date, and support your disagreement with evidence, fact and valid Law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

*Margaret Katherine Pennington*

Margaret Katherine Pennington, American Citizen

# CALIFORNIA ACKNOWLEDGMENT CERTIFICATE

State of California
County of *Riverside*

On *April 4, 2012* before me,
*Janis Dorsey*, Notary Public,

personally appeared *Margaret Katherine Pennington*
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_____
Signature

> JANIS DORSEY
> Commission # 1901782
> Notary Public - California
> Riverside County
> My Comm. Expires Aug 28, 2014

---

*ADDITIONAL DOCUMENT DETAILS (Optional, Used for Document Security)*

Name/Title of Document: *Affidavit of Margaret Katherine Pennington*

Capacity Claimed by Signer(s): _____

Total Number of Pages in Document (not including this certificate): _____

Document Date: *4/4/12*

Right Thumbprint of Signerx

Initials    Initials

Additional Details: _____

www.highdesertnotary.com

CA-ACK-GBS 1/2010

# JUDICIAL NOTICE

# EXHIBIT "B"

# CERTIFICATION OF MAILING

State of California        )
                                ) ss.

County of Riverside       )

On this 28th day of April, 2012, A.D. for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Margaret Katherine Pennington appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office **Certified** Mail Receipt number 7010 0290 0002 1530 0114 to

Hadi R. Seyed-Ali
C/o Miles Bauer Bergstrom & Winters LLP
1231 E Dryer Road Suite 100
Santa Ana, California 92705

|  | Number of Pages |
|---|---|
| 1. NOTARY PRESENTMENT | 1 |
| 2. AFFIDAVIT/ DECLARATION OF TRUTH | 2 |

WITNESS my hand and official seal.

_(signature)_          4/28/12         (Seal)

Notary Public           Date

My commission expires: _August 28_ 20_14_

**JANIS DORSEY**
Commission # 1901782
Notary Public - California
Riverside County
My Comm. Expires Aug 28, 2014

Return all responses to:
Janis Dorsey
P.O. Box 7935
Riverside, CA 92513

Certified Mail # 7010 0290 0002 1530 0114

AFFIDAVIT/DECLARATION OF TRUTH

I, Margaret Katherine Pennington, the undersigned, make this Affidavit/Declaration of Truth of my own free will, and I hereby affirm, declare and swear, under my oath, that I am of legal age and of sound mind and hereby attest that the information contained in this Affidavit/Declaration is true and correct and not misleading.

This Affidavit/Declaration of Truth is lawful notification to you, Hadi R. Seyed-Ali, alleged Attorney in the State of California, and is hereby made and sent to you pursuant to the Federal Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and the Declaration of Rights of the California State Constitution, in particular, Article 1, Sections 1, 2, 3, 4, 7, 13, 18, and 20, and pursuant to your oath, and requires your written rebuttal to me, specific to each and every point of the subject matter stated herein, within 30 days, via your own sworn and notarized affidavit, using fact, law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed that your failure to respond, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit/Declaration, is your lawful, legal and binding agreement with and admission to the fact that everything attested to in this Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any court in America, without your protest or objection, or that of those who represent you.

The following are statements of fact regarding this instant matter with which I have personal, first hand knowledge:

1. I sent a certified letter via USPS, #7010 0290 0002 1530 1234 under Notary Presentment to Hadi R. Seyed-Ali, alleged Attorney, an officer of the court, of Miles Bauer Bergstrom & Winters LLP, dated, April 4, 2012, which was received and signed for on April 6, 2012 at 11:10 am.

2. This same letter notified Hadi R. Seyed-Ali (a) of my charges, averments, and allegations against him; (b) that he, within a 15 day time period, had to rebut my charges and averments made in that letter if he disagreed with them; (c) that if he failed to do so, then he agreed with and admitted to my charges and averments;

3. As of this date, April 28, 2012, over 22 days have elapsed since the signed receipt of the referenced letter; thus, pursuant to the lawful notice contained in the letter, Hadi R. Seyed-Ali, by his failure to respond to, and further, by his failure to rebut my charges and averments made in my referenced letter, agrees with and admits to my charges contained in my referenced letter;

Some of the charges to which Hadi R. Seyed-Ali admits to include, but are not limited to, the following:

1. Hadi R. Seyed-Ali, hereinafter: Seyed-Ali, prior to March 30, 2012 up to the current date, alleging to be an officer of the court and an Attorney in this instant matter, has

1

acquiesced and agreed to not having lawful permission to ... court as an attorney in the state of California. Seyed-Ali thereby is an imposter and putting fraud upon the court.

2. Seyed-Ali acquiesces to the fact that he is not the lawful agent of THE BANK OF NEW YORK MELLON AS TRUSTEE in this instant matter as he has failed to provide any notarized corporate resolution or other officially notarized lawful document granting authorization to him to act as agent for THE BANK OF NEW YORK MELLON AS TRUSTEE thereby putting fraud upon the court.

3. Seyed-Ali acquiesces to having put fraud upon the court by not establishing the proper jurisdiction guaranteed to me, Margaret Katherine Pennington, defendant, a jurisdiction specific to Article III Section 2 of the Federal Constitution, as is my guaranteed Right.

4. Seyed-Ali acquiesces that, through irrelevant and, thereby, fraudulent administrative court procedures, has organized, aided, and directed the conspired theft of my property and/or interest thereof, located at 35640 Champagne Drive Calimesa, California.

5. Seyed-Ali, by his own actions, has been further putting fraud upon the court by filing documents in court and implicating the court in this fraud, by attempting to have me removed/evicted from my property/residence after the fraudulent sale without due process of law.

6. By his own actions through this entire matter, Seyed-Ali has denied me due process of law as is my Constitutionally guaranteed Right in order to receive some unjust enrichment from the Plaintiff, THE BANK OF NEW YORK MELLON AS TRUSTEE.

Lawful notification has been provided to you, stating that if you do not rebut the statements, charges and averments made in this Affidavit/Declaration, then you agree with and admit to them. Pursuant to that lawful notification, if you disagree with anything stated in this Affidavit/Declaration of Truth, then rebut that with which you disagree, with particularity, within thirty (30) days of receipt thereof, by means of your written, notarized affidavit of truth, based in specific, relevant fact and valid, Constitutionally compliant law to support your disagreement. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this Affidavit/Declaration of Truth is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection or that of those who represent you.

Affiant further sayeth naught.

All Rights Reserved

*Margaret Katherine Pennington*                    *April 28, 2012*

Margaret Katherine Pennington, Affiant                    Date

2

CALIFORNIA ACKNOWLEDGMENT

State of California
County of _Riverside_

On _April 28, 2012_ before me,
_Janis Dorsey_, Notary Public,

personally appeared _Margaret Katherine Pennington_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_____
Signature

JANIS DORSEY
Commission # 1901782
Notary Public - California
Riverside County
My Comm. Expires Aug 28, 2014

---

ADDITIONAL DOCUMENT DETAILS (Optional, Used for Document Security)

Name/Title of Document: _Affidavit / Declaration of Truth_

Capacity Claimed by Signer(s): _____

Total Number of Pages in Document (not including this certificate): _____

Right Thumbprints of Signer(s)

Document Date: _4/28/12_

Additional Details: _____

Initials    Initials

www.highdesertnotary.com

CA-ACK-GDS 2/2010

JUDICIAL NOTICE

EXHIBIT "C"

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MARGARET K. PENNINGTON and DOES I through X,
Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS
CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 10 2009

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | CASE NUMBER:<br>*(Número del caso):* VRU000923 |
|---|---|

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
   135 NORTH ALESSANDRO ROAD

   BANNING, CA 92220
   BANNING COURT

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*   (714) 481-9100
   L. Bryant Jaquez , Esq., Bar No. 252125                                          (714) 481-9151
   MILES, BAUER, BERGSTROM & WINTERS, LLP
   1665 Scenic Avenue, Suite 200
   Costa Mesa, CA 92626

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: JUL 10 2009          Clerk, by _____ , Deputy
*(Fecha)*                  *(Secretario)*                         *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as an occupant
   d. [ ] on behalf of (specify):
      under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)             [ ] other (specify):

5. [ ] by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

1665 Scenic Avenue, ___

Costa Mesa, CA 92626

TELEPHONE NO.: (714) 481-9100   FAX NO.: (714) 481-9151

ATTORNEY FOR (Name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

STREET ADDRESS: 135 NORTH ALESSANDRO ROAD

MAILING ADDRESS:

CITY AND ZIP CODE: BANNING, CA 92220

BRANCH NAME: BANNING COURT

CASE NAME: THE BANK OF NEW YORK V. PENNINGTON

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited   ☒ Limited | ☐ Counter   ☐ Joinder | (handwritten) 000923 |
| (Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: |
| | | DEPT: |

**Items 1-6 below must be completed (see instructions on page 2).**

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☒ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is   ☒ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary   b. ☒ nonmonetary; declaratory or injunctive relief   c. ☐ punitive

4. Number of causes of action (specify): 1

5. This case ☐ is   ☒ is not   a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: July 8, 2009

L. Bryant Jaquez, Esq., Bar No. 252125

_(TYPE OR PRINT NAME)_   _(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)_

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**   Legal Solutions ⊕ Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

one box for the case type that best describes the case. If the case fits both a general... check the box the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
    Auto (22)—Personal Injury/Property
        Damage/Wrongful Death
    Uninsured Motorist (46) (*if the
        case involves an uninsured
        motorist claim subject to
        arbitration, check this item
        instead of Auto*)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
    Asbestos (04)
        Asbestos Property Damage
        Asbestos Personal Injury/
            Wrongful Death
    Product Liability (*not asbestos or
        toxic/environmental*) (24)
    Medical Malpractice (45)
        Medical Malpractice—
            Physicians & Surgeons
        Other Professional Health Care
            Malpractice
    Other PI/PD/WD (23)
        Premises Liability (e.g., slip
            and fall)
        Intentional Bodily Injury/PD/WD
            (e.g., assault, vandalism)
        Intentional Infliction of
            Emotional Distress
        Negligent Infliction of
            Emotional Distress
        Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
    Business Tort/Unfair Business
        Practice (07)
    Civil Rights (e.g., discrimination,
        false arrest) (*not civil
        harassment*) (08)
    Defamation (e.g., slander, libel)
        (13)
    Fraud (16)
    Intellectual Property (19)
    Professional Negligence (25)
        Legal Malpractice
        Other Professional Malpractice
            (*not medical or legal*)
    Other Non-PI/PD/WD Tort (35)
**Employment**
    Wrongful Termination (36)
    Other Employment (15)

**Contract**
    Breach of Contract/Warranty (06)
        Breach of Rental/Lease
            Contract (*not unlawful detainer
                or wrongful eviction*)
        Contract/Warranty Breach—Seller
            Plaintiff (*not fraud or negligence*)
        Negligent Breach of Contract/
            Warranty
        Other Breach of Contract/Warranty
    Collections (e.g., money owed, open
        book accounts) (09)
        Collection Case—Seller Plaintiff
        Other Promissory Note/Collections
            Case
    Insurance Coverage (*not provisionally
        complex*) (18)
        Auto Subrogation
        Other Coverage
    Other Contract (37)
        Contractual Fraud
        Other Contract Dispute
**Real Property**
    Eminent Domain/Inverse
        Condemnation (14)
    Wrongful Eviction (33)
    Other Real Property (e.g., quiet title) (26)
        Writ of Possession of Real Property
        Mortgage Foreclosure
        Quiet Title
        Other Real Property (*not eminent
            domain, landlord/tenant, or
            foreclosure*)
**Unlawful Detainer**
    Commercial (31)
    Residential (32)
    Drugs (38) (*if the case involves illegal
        drugs, check this item; otherwise,
        report as Commercial or Residential*)
**Judicial Review**
    Asset Forfeiture (05)
    Petition Re: Arbitration Award (11)
    Writ of Mandate (02)
        Writ–Administrative Mandamus
        Writ–Mandamus on Limited Court
            Case Matter
        Writ–Other Limited Court Case
            Review
    Other Judicial Review (39)
        Review of Health Officer Order
        Notice of Appeal–Labor
            Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
    Antitrust/Trade Regulation (03)
    Construction Defect (10)
    Claims Involving Mass Tort (40)
    Securities Litigation (28)
    Environmental/Toxic Tort (30)
    Insurance Coverage Claims
        (*arising from provisionally complex
        case type listed above*) (41)
**Enforcement of Judgment**
    Enforcement of Judgment (20)
        Abstract of Judgment (Out of
            County)
        Confession of Judgment (*non-
            domestic relations*)
        Sister State Judgment
        Administrative Agency Award
            (*not unpaid taxes*)
        Petition/Certification of Entry of
            Judgment on Unpaid Taxes
        Other Enforcement of Judgment
            Case
**Miscellaneous Civil Complaint**
    RICO (27)
    Other Complaint (*not specified
        above*) (42)
        Declaratory Relief Only
        Injunctive Relief Only (*non-
            harassment*)
        Mechanics Lien
        Other Commercial Complaint
            Case (*non-tort/non-complex*)
        Other Civil Complaint
            (*non-tort/non-complex*)
**Miscellaneous Civil Petition**
    Partnership and Corporate
        Governance (21)
    Other Petition (*not specified
        above*) (43)
        Civil Harassment
        Workplace Violence
        Elder/Dependent Adult
            Abuse
        Election Contest
        Petition for Name Change
        Petition for Relief from Late
            Claim
        Other Civil Petition

**CIVIL CASE COVER SHEET**

[X] **BANNING** 135 N. Alessandro Road, Banning, CA 92220

[ ] **BLYTHE** 265 N. Broadway, Blythe, CA 92225

[ ] **HEMET** 880 N. State St., Hemet, CA 92543

[ ] **INDIO** 46-200 Oasis St., Indio, CA 92201

[ ] **MORENO VALLEY** 13800 Heacock St. #D201, Moreno Valley, CA 92553

[ ] **RIVERSIDE** 4050 Main St., Riverside, CA 92501

[ ] **RIVERSIDE** 4175 Main St., Riverside, CA 92501

[ ] **TEMECULA** 41002 County Center Dr., #100, Temecula, CA 92591

Name and Address             (714) 481-9100

L. Bryant Jaquez, Esq., Bar No. 252125
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200

Costa Mesa, CA 92626
Attorney for Plaintiff
or Party without Attorney

```
F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 10 2009
```

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS
CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST

Plaintiff(s)

VS.

MARGARET K. PENNINGTON

Defendant(s)

CASE NO. BAN 000923

**CERTIFICATE OF COUNSEL**

The undersigned certifies that this matter should be tried or heard in the

BANNING             Court for the following reason:

[X]  The action arose in this judicial district.

[ ]  The action concerns real property located in this judicial district.

[ ]  The defendant resides in this judicial district.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: July 8, 2009             Signed by: _____
                                ATTORNEY FOR PLAINTIFF(S)
                                OR PARTY WITHOUT ATTORNEY
                                L. Bryant Jaquez, Esq., Bar No. 252125

**CERTIFICATE OF COUNSEL**

(Rev. 7-1-03)                                              RI-030

L. Bryant Jaquez, Esq., Bar No. 252125
1665 Scenic Avenue, Suite 200  (PENNINGTON-09-05191)
Costa Mesa, CA 92626
Phone: (714) 481-9100
Facsimile: (714) 481-9151

Attorneys for Plaintiff,
THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CWMBS, INC. CWMBS
REPERFORMING LOAN REMIC TRUST
CERTIFICATES, SERIES 2005-R2

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 10 2009

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

BANNING COURT

THE BANK OF NEW YORK MELLON FKA )
THE BANK OF NEW YORK AS TRUSTEE )
FOR THE CERTIFICATEHOLDERS )
CWMBS, INC. CWMBS REPERFORMING )
LOAN REMIC TRUST CERTIFICATES, )
SERIES 2005-R2 )
        Plaintiff(s), )
     )
vs. )
MARGARET K. PENNINGTON and DOES I )
through X, Inclusive, )
        Defendants. )

CASE NO.: BAU000923

COMPLAINT FOR UNLAWFUL
DETAINER

[THE DEMAND DOES NOT EXCEED
$10,000]

Plaintiff alleges:

    1. Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS
REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 ("Plaintiff"), is
at all times mentioned a Corporation authorized to do business in California and is the owner of
and entitled to immediate possession of the subject property generally described as 35640
CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA 92320 ("Property").

    2. Plaintiff is informed and believes that Defendants, and each of them, are now and at
all times mentioned herein were resident(s) of the County of RIVERSIDE, State of California.

-1-

COMPLAINT FOR UNLAWFUL DETAINER

3. Plaintiff is unaware of the true names and capacities whether individual, corporate, associate or otherwise of the Defendants sued as Does 1 through . ., inclusive, and therefore Defendants are sued under fictitious names.  When the true names and capacities of the fictitiously named Defendants have been ascertained, Plaintiff will seek leave of the Court to amend this Complaint accordingly.  Plaintiff is informed and believes that the fictitiously named Defendants are responsible in some manner for the events and happenings hereinafter referred to, thereby causing Plaintiff the damages herein alleged.

4. Plaintiff is informed and believes that MARGARET K. PENNINGTON is in possession of the Property.

5. Prior to the commencement of this action, title to the subject Property was vested in the name or names of MARGARET K. PENNINGTON. MARGARET K. PENNINGTON was the original Trustor under a Deed of Trust, which secured the Property, recorded in the official records of RIVERSIDE County, California.  The Deed of Trust contained a power of sale clause that allowed the Trustee to proceed with a non-judicial foreclosure upon default.

6. The Property was sold by the Trustee to Plaintiff at a Trustee's Sale.  Said Trustee's Sale was held in accordance with California Civil Code §2924 et. seq.

7. The Trustee's Sale was duly perfected by recording a Trustee's Deed Upon Sale in the Office of the County Recorder of RIVERSIDE County, California.  A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and incorporated herein by reference.

8. After Plaintiff obtained legal title to the Property, Plaintiff caused to be served on the Defendant a Notice to Quit.  The Notice to Quit gave any tenant thirty (30) or ninety (90) days in which to vacate the Property and the previous owner or any other occupant three (3) days in which to vacate the Property upon service of the Notice to Quit.

9. Service of the Notice to Quit on MARGARET K. PENNINGTON was effected by posting a copy of the Notice to Quit at the premises on JUNE 30, 2009, and by mailing a copy of

-2-

COMPLAINT FOR UNLAWFUL DETAINER

same on JUNE 30, 2009, because defendant could not be found on the premises. Service of the Notice to Quit at the Notice to Quit on all other occupants was effected by posting a copy of the Notice to Quit at the premises on JUNE 30, 2009, and by mailing a copy of same on JUNE 30, 2009.  Attached hereto as Exhibit "B" is a true and correct copy of the Notice to Quit along with copies of the Proof of Service.

10.  More than three (3) days have elapsed since service of said Notice to Quit on the Defendant, but Defendant has failed and refused to deliver up possession of the Property.

11.  Plaintiff demands possession of the Property from the Defendants, and each of them, pursuant to California Code of Civil Procedure §1161a(b) and §1161a(c).

12.  Defendant continues in possession of the Property without Plaintiff's permission or consent.

13.  The reasonable daily rental value of the Property is $34.55.

WHEREFORE, Plaintiff prays for Judgment against Defendants, and each of them, as follows:

a)  Restitution and possession of the Property;

b)  An Order directing Defendants to quit and deliver up possession of the Property to Plaintiff;

c)  Damages at the rate of $34.55 per day, from and including JULY 7, 2009, for each day that Defendants continue in possession of the Property up to date of Judgment;

d)  For costs of suit herein;

e)  For such other relief as the Court deems just and proper.

Dated:  JULY 8, 2009                           MILES, BAUER, BERGSTROM & WINTERS, LLP


                                                L. Bryant Jaquez, Esq.
                                                Attorneys for Plaintiff


-3-

COMPLAINT FOR UNLAWFUL DETAINER

# VERIFICATION

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am an attorney at law duly licensed to practice before this court and I am an associate in the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2, a party to this action. Such party is absent from the county aforesaid where such attorneys have their office and make the verification for and on behalf of that party for that reason. I have read the above document and know its contents. I am informed and believe and on that ground allege that the matters stated in it are true.

Executed on JULY 8, 2009, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

MILES, BAUER, BERGSTROM & WINTERS, LLP

L. Bryant Jaquez, Esq.
Attorneys for Plaintiff

-4-

COMPLAINT FOR UNLAWFUL DETAINER

RECONTRUST COMPANY
1800 Tapo Canyon Rd, CA6-914-01-94
SIMI VALLEY, CA 93063

Larry W. Ward
County Clerk & Recorder
Assessor

Forward Tax Statements to Address listed above

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| | | | 3 | | | | | | |
| M | A | L | 465 | 426 | PCOR NCOR | SMF | NCHG | EXAM 144 | |
| | | | | | T: | | CTY | UNI | |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T
044

TS No. 09-0013659

Title Order No. 09-8-050431

## TRUSTEE'S DEED UPON SALE

TRANSFER TAX: $_____

APN#   413-371-010-4

The Grantee herein  was the beneficiary
The amount of the unpaid debt was $ 138,200.47
The amount paid by the Grantee was $ 138,200.47
The property is in the city of CALIMESA, County of RIVERSIDE

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC  TRUST CERTIFICATES, SERIES 2005-R2

herein called Grantee, the following described real property situated in RIVERSIDE County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by MARGARET K PENNINGTON, A SINGLE WOMAN, as Trustor, recorded on 04/16/2004, Instrument Number 2004-0277038 ( or Book _____, Page _____ ) Official Records in the Office of the County Recorder of RIVERSIDE County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

*Form trsteedeed (01/09)*

TS No. 09-0013659

Title Order No. 09-8-050431

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/10/2009. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 138,200.47.

RECONTRUST COMPANY, N.A.

DATE:     June 10, 2009

BY: _____

Regina Myles, Assistant Secretary

State of California          }

County of Ventura            }

On __06-15-09__ before me, ___Susan R. Hardison___, notary public, personally appeared ___Regina Myles___, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

Susan R. Hardison

SUSAN R. HARDISON
Commission # 1675268
Notary Public - California
Ventura County
My Comm. Expires Jun 15, 2010

*Form trsteedeed (01/09)*

EXHIBIT "A"

LOT 156 OF TRACT NO. 11614, IN THE CITY OF CALIMESA, COUNTY OF RIVERSIDE, AS SHOWN BY MAP ON FILE IN BOOK 102, PAGES 55 THROUGH 66, INCLUSIVE OF MAPS AND AS AMENDED IN BOOK 192, PAGES 50 THROUGH 61, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**MARGARET THE PENNINGTON
AND ALL OTHERS IN POSSESSION**

of the premises located at:

<u>**35640 CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA  92320**</u>

The premises was duly sold in accordance with Section 2924 of the Civil Code of the State of California on **June 10, 2009**, under the power of sale contained in a Deed of Trust recorded in the official records, **Riverside** County, California, and the title under sale has been duly perfected.

NOTICE IS HEREBY GIVEN that:

(i)      Within <u>**Three (3) Days**</u> after service of this Notice, in the event you are in possession of the premises and you are not a tenant or subtenant as described below;

(ii)     Within <u>**Thirty (30) Days**</u> after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure and any party to the note remains in the property as a tenant, subtenant, or occupant;

(iii)    Within <u>**Ninety (90) Days**</u> after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure.

You are required to quit and deliver up possession of the premises to the undersigned or to **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2,** owner, who is authorized to receive the same.  Your failure to deliver possession of the premises within three/thirty/ninety days will cause the undersigned to institute legal proceedings against you to recover possession of the premises and for damages as provided by law.

This notice to you is given pursuant to the provisions of California Code of Civil Procedure Section 1161a and 1161b and 12 U.S.C. 5220.

**MILES, BAUER, BERGSTROM & WINTERS, LLP**
Attorneys for Owner

Dated: **June 26, 2009**

by L. Bryant Jaquez, Esq.
1665 Scenic Ave., Ste. 200
Costa Mesa, CA 92626
(714) 481-9100

File No.  09-05191

I, the undersigned declare that I served the Notice (s) below indicated:

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ 3/30/90 NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

**NAME:** MARGARET K. PENNINGTON
**ADDRESS:** 35640 CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA 92320

☐ 1. PERSONAL SERVICE
By delivering a copy of the Notice (s) on          at          to at the address above.

☒ 2. CONSTRUCTIVE SERVICE
After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on          at          , with          , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on          in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on June 30, 2009 at 9:55 AM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on June 30, 2009.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/30/09
NAME: JUAN REYES
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, Califorma 92701
(714) 558-2400
The fee for service was: $110.00
Registration Number: 6013
County: LOS ANGELES
Ref.: 2153581

PROOF OF SERVICE

I, the undersigned declare that ...rved the Notice (s) below indicated:

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ 3/30/90 NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME: ALL OTHER OCCUPANTS
ADDRESS: 35640 CHAMPAGNE DRIVE, CALIMESA, CALIFORNIA 92320

☐ 1. PERSONAL SERVICE          By delivering a copy of the Notice (s) on          at          to
                               at the address above.

☒ 2. CONSTRUCTIVE SERVICE      After due and diligent effort, by service of said Notice (s) as
                               authorized by C.C.P. Section 1162 (2,3) on each of the above
                               named parties in the manner set forth below:

☐ A. By leaving a copy for each of the above named parties on          at          , with          , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on          in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒ B. By posting a copy for each of the above named parties on June 30, 2009 at 9:55 AM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on June 30, 2009.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/30/09
NAME: JUAN REYES
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California 92701
(714) 558-2400
The fee for service was: $40.00
Registration Number: 6013
County: LOS ANGELES
Ref.: 2153582

NOTICE: ... LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED ...
1. If you live here and if your name is not on the ... and submit this form within 10 days of the date of service ... you will be evicted without further he ... ) by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*:

ATTORNEY FOR *(Name)*:

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 135 NORTH ALESSANDRO ROAD
MAILING ADDRESS:
CITY AND ZIP CODE: BANNING, CA 92220
BRANCH NAME: BANNING COURT

PLAINTIFF: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC

DEFENDANT: MARGARET K. PENNINGTON

CASE NUMBER: 000923

## PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

*(To be completed by the process server)*

DATE OF SERVICE:

*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

Legal Solutions Plus

Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

CP10.5 [New January 1, 1991]

35640 Champagne Drive

TELEPHONE NO.: (909) 795-1737          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

STREET ADDRESS: 135 North Alessandro Road

MAILING ADDRESS: 135 North Alessandro Road

CITY AND ZIP CODE: Banning CA 92220

BRANCH NAME: BANNING COURT

PETITIONER/PLAINTIFF: BANK OF NEW YORK MELLON

RESPONDENT/DEFENDANT: MARGARET K. PENNINGTON

| | |
|---|---|
| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER: BAC1200413 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   2741 Hamner Avenue, Suite 112 Norco, Ca 92680

3. On *(date):* June 18, 2012          I mailed from *(city and state):* Norco Ca
   the following **documents** *(specify):*

   Judicial Notice

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: BANK OF NEW YORK MELLON
   b. **Address** of person served:
      Hadi R. Seyed-Ali/Attorney for Plaintiff
      1231 East Dyer Road, Suite 100
      Santa Ana, CA 92705

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 18, 2012

Jamie Mack
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

►          _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

Margaret Katherine Pennington
35640 Champagne Drive
Calimesa, California 92320
Riverside: the County
California: the land
(909) 7951737

Defendant, In Pro Per

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 2 9 2012

R. GARCIA

## SUPERIOR COURT OF THE STATE CALIFORNIA
## FOR THE COUNTY OF RIVERSIDE
## BANNING COURT

THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS CWMBS, INC.
CWMBS REPERFORMING LOAN
REMIC TRUST CERTIFICATES SERIES
2005-R2,

        Plaintiff(s),

        vs.

MARGARET K. PENNINGTON
and DOES 1through X, inclusive

        Defendant(s).

Case No.: BAC1200413

NOTICE AND DEMAND FOR THE
SUPERIOR COUNTY OF RIVERSIDE TO
PROVIDE A MORE DEFINED
STATEMENT OF FACTS
  1. WHAT TYPE OF COURT IS IT
  2. JURISDICTION PROVEN ON THE
  RECORD
  3. DEFINITIONS USED
  4. PRESUMPTIONS ASSUMED AND
  DEFINED

Assigned:    Hon. Samuel Diaz
            Crtrm. B1

Date:       July 11, 2012
Time:       1:30 p.m.
Courtroom:  B1
Location:   135 N Alessandro Road
            Banning, CA 92220

- 1 -

NOTICE AND DEMAND FOR THE SUPERIOR COUNTY OF RIVERSIDE TO PROVIDE A MORE
DEFINED STATEMENT OF FACTS

Demand for more defined statement of facts so I can have a fair and impartial hearing.

1. What kind of Court is the SUPERIOR COUNTY OF RIVERSIDE? Admiralty? Common Law? Commercial for profit Corporation? Please define the Court and its jurisdiction.

2. Jurisdiction must be proven on the record. Is the SUPERIOR COUNTY OF RIVERSIDE a court of record? Are any and all cases Margaret Katherine Pennington is involved in Courts of record?

3. What definitions does the court use? Are they what the normal individual would understand or are they special to confuse, mislead, and distort the truth?

4. What dictionary does the court use to define their definitions and meanings?

5. What are all the presumptions of the Court and Judge when I or anyone else enters the Court Room for a Hearing?

6. Are all hearings such as mine, proceedings? What are the rules governing the proceedings?

7. What are the Courts and Judge's Definitions of Truth, Honesty, Honor and integrity?

8. Is the California Code in effect in its entirety in all cases?

9. What laws apply, and is there any that don't apply?

10. Are the Judges, actually Judges, or only administrators of public policy?

11. Do the Judges allow both the facts and the law to be heard?

12. Does a person have standing if he does not stand up during a hearing such as mine?

13. Do the Judges acknowledge everything on a filing, or do they turn it over so as not to recognize anything?

- 2 -

NOTICE AND DEMAND FOR THE SUPERIOR COUNTY OF RIVERSIDE TO PROVIDE A MORE DEFINED STATEMENT OF FACTS

15. Are the law and the California Code the same thing?

16. If not, what law or code is valid and will be recognized by the Judge and Court.

17. What law dictionary will the court or Judge recognize?

18. Can Margaret Katherine Pennington get a fair and impartial hearing?

19. What are the Judges and the Courts definition of a fair and impartial hearing?

20. What is the Judges and courts definition of Justice?

21. Are there any Judges or Magistrates Masons?

22. Will the Court officers and Judges honor their Oath of Office?

23. What is the Courts definition of lawful?

24. What is the Courts definition of legal?

25. Is it too much to ask of the Court and every Court officer to treat Margaret Katherine Pennington like they want to be treated?

If these questions aren't answered then it is conclusively proven that Margaret Katherine Pennington cannot receive a fair and impartial hearing in the United States Bankruptcy Court system.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT AND NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL.

I affirm under penalty of perjury that I cannot receive a fair and impartial hearing unless all questions are answered and I receive them before my hearing on July 11, 2012 AD.

- 3 -

NOTICE AND DEMAND FOR THE SUPERIOR COUNTY OF RIVERSIDE TO PROVIDE A MORE DEFINED STATEMENT OF FACTS

CIV-100

| | |
|---|---|
| ·PLAINTIFF/PETITIONER: THE BANK OF NEW YORK MELLON | CASE NUMBER:<br>BAC1200413 |
| DEFENDANT/RESPONDENT: MARGARET K. PENNINGTON | |

4. **Legal document assistant or unlawful detainer assistant** *(Bus. & Prof. Code, § 6400 et seq.).* A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

a. Assistant's name:
b. Street address, city, and zip code:

c. Telephone no.:
d. County of registration:
e. Registration no.:
f. Expires on *(date):*

5. ☒ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).*
This action
a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** *(Code Civ. Proc., § 587).* A copy of this *Request for Entry of Default* was
a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*
b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
(1) Mailed on *(date):* JUN 2 1 2012

(2) To *(specify names and addresses shown on the envelopes):*
ALL OTHER OCCUPANTS
35640 CHAMPAGNE DRIVE
CALIMESA, CALIFORNIA 92320

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: JUN 2 1 2012

Adam Kendis
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
a. Clerk's filing fees ................... $
b. Process server's fees ................ $
c. Other *(specify):* .................... $
d. ..................................... $
e. TOTAL .............................. $ _____
f. ☒ Costs and disbursements are waived.
g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: JUN 2 1 2012

Hadi R. Seyed-Ali, Esq. Bar No. 254888
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF DECLARANT)

8. ☒ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: JUN 2 1 2012

Hadi R. Seyed-Ali, Esq. Bar No. 254888
_____

► _____
(SIGNATURE OF DECLARANT)